# EXHIBIT A

(Exceptions2)  0624240147



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-003757

**Case Style:** Riyan Williams v. Capital One Bank NA

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 09/13/2024 | 9:30 AM | Remote Courtroom 517 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Shana Frost Matini. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**(Exceptions2) 0624240148**

## To Join by Computer, Tablet, or Smartphone:

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb517

   Meeting ID: 129 911 6415

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

## Or to Join by Phone:

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

## Resources and Contact Information:

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

(Exceptions2)  0624240149

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሀፊ ቢሮ (ክለርክ'ስ አፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

(Exceptions2) 0624240150

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.

## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings



(Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



(Exceptions2)  0624240151   **District of Columbia Courts**

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**



**Remote Site - 1**
Balance and Restorative Justice
Center
1215 South Capitol Street, S
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Jus
Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Jus
Center
118 Q Street, NE
Washington, DC 20002

**Remote Site - 4**
Balance and Restorative Justice
Center
hode Island Avenue, NE
ington, DC 20018

**Remote Site - 5**
es Center
14th Street, NW, 2nd Floor
nunity Room
ington, DC 20009

**Remote Site - 6**
es Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*** No walk-ins at this location***

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov





# Tribunales del Distrito de Columbia
(Exceptions2)  0624240152
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**



| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

**(Exceptions2) 0624240153**



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION

JUN 14 2024

Superior Court of the
District of Columbia

Case No. **2024 ·CAB· 0 0 3 7 5 7**

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

| | | |
|---|---|---|
| **RIYAN WILLIAMS** | | **CAPITAL ONE BANK, NA)** |
| PLAINTIFF | vs | DEFENDANT |
| 3901 17th St NE | | 1680 Capital One Drive |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| Washington  DC     20018 | | McLean     VA      22102 |
| City       State      Zip Code | | City       State      Zip Code |
| 443-534-2168 | | (703) 720-1000 |
| Telephone Number | | Telephone Number |
| riyan.williams6@gmail.com | | |
| *Email Address (optional)* | | *Email Address (optional)* |

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   This case pertains to the complaint of unfair and deceptive practices Capital One Bank, NA

   utilized in Breach of contract. Specifically, Capital One is accused of coercing the Plaintiff into signing a credit

   card agreement as evidence of a debt owed in order to accept their credit offer. This action is purported to contravene

   the District of Columbia Code 28– 3807, which stipulates certain requirements for evidence of credit obligations.

   In breaching the contract, the defendant escalated their transgressions by flouting the provisions of the Consumer Credit

   Protection Act (CCPA) and failing to adhere to the Fair Credit Reporting Act (FCRA).

   THE FULL COMPLAINT IS ATTACHED TO THIS FORM

2. What relief are you requesting from the Court? Include any request for money damages.

   1. Actual damages for Defendants' violations of all counts. 2. Punitive damages for Defendants' violations of ALL Counts .

   3. Injunctive relief that the Defendants fully disclose all material terms and conditions. 4. Fees and costs as allowed for by 15 U.S.C. § 1681o and 15 U.S.C. § 1681n.

   5. Removal of inaccurate and unverified information still contained in Plaintiff' s credit report. 15 U.S. Code § 1681i6. Reopening Plaintiff' s account.

   7. Such other relief as the Court shall deem just and proper under the attendant circumstances according to Code of the District of Columbia § 28– 3813

(Exceptions2) 0624240154

3.  State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

6.14.2024
**DATE**

Subscribed and sworn to before me this ___ 14th day of June 20 24.

(Notary Public/Deputy Clerk)

2

(Exceptions2) 0624240155

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Riyan Williams
_____
                                         Plaintiff

vs.

Capitol One Bank, WA
_____
                                         Defendant

Case Number _____

2024 -CAB- 0 0 3 7 5 7

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Riyan Williams
_____
Name of Plaintiff's Attorney

3901  17th  St  NE
_____
Address
Washington, DC 20018
_____

Telephone
如需翻译,请打电话 (202) 879-4828

Clerk of the Court

By _____
                              Deputy Clerk

Date  6/14/24

Veuillez appeler au (202) 879-4828 pour une traduction      Dé có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시오   ያማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                   Super. Ct. Civ. R. 4

**(Exceptions2) 0624240156**



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Por: _____

Dirección

Subsecretario

_____

Fecha _____

Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Dé có một bài dịch, hãy gọi (202) 879-4828

변역을 원하시면 (202)879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                Super. Ct. Civ. R. 4

(Exceptions2)  0624240157

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

## INFORMATION SHEET

RIYAN WILLIAMS
Plaintiff(s)

vs

CAPITAL ONE BANK, NA
Defendant(s)

Case Number: 2024 -CAB- 0 0 3 7 5 7

Date: _____

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| RIYAN WILLIAMS | ☐ Attorney for Plaintiff |
| Firm Name: | ☑ Self (Pro Se) |
| Telephone No.:        DC Bar No.: | ☐ Other: _____ |
| (443) 534-2168 | |

TYPE OF CASE:  ☐ Non-Jury      ☐ 6 Person Jury      ☑ 12 Person Jury
Demand: $ 15,000.00 _____    Other: Such other relief as the Court shall deem just and proper

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____    Judge: _____    Calendar #:_____

Case No.:_____    Judge: _____    Calendar #:_____

---

**NATURE OF SUIT:**      *(Check One Box Only)*

**CONTRACT**

☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☑ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**

☐ Condo/Homeowner Assn. Foreclosure    ☐ Ejectment         ☐ Other
☐ Declaratory Judgment                 ☐ Eminent Domain    ☐ Quiet Title
☐ Drug Related Nuisance Abatement      ☐ Interpleader      ☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

(Exceptions2)  0624240158

# Information Sheet, Continued

| CIVIL ASSET FORFEITURE | TORT |
|---|---|
| ☐ Currency | ☐ Abuse of Process |
| ☐ Other | ☐ Assault/Battery |
| ☐ Real Property | ☐ Conversion |
| ☐ Vehicle | ☐ False Arrest/Malicious Prosecution |
| **NAME CHANGE/VITAL RECORD AMENDMENT** | ☐ Libel/Slander/Defamation |
| ☐ Birth Certificate Amendment | ☐ Personal Injury |
| ☐ Death Certificate Amendment | ☐ Toxic Mass |
| ☐ Gender Amendment | ☐ Wrongful Death (Non-Medical Malpractice) |
| ☐ Name Change | |

| GENERAL CIVIL | | STATUTORY CLAIM |
|---|---|---|
| ☐ Accounting | ☐ Product Liability | ☐ Anti – SLAPP |
| ☐ Deceit (Misrepresentation) | ☐ Request for Liquidation | ☐ Consumer Protection Act |
| ☐ Fraud | ☐ Writ of Replevin | ☐ Exploitation of Vulnerable Adult |
| ☐ Invasion of Privacy | ☐ Wrongful Eviction | ☐ Freedom of Information Act (FOIA) |
| ☐ Lead Paint | **CIVIL I/COMPLEX CIVIL** | ☐ Other |
| ☐ Legal Malpractice | ☐ Asbestos | **TAX SALE FORECLOSURE** |
| ☐ Motion/Application Regarding Arbitration Award | **MORTGAGE FORECLOSURE** | ☐ Tax Sale Annual |
| ☐ Other - General Civil | ☐ Non-Residential | ☐ Tax Sale Bid Off |
| | ☐ Residential | |

| **VEHICLE** | ☐ **TRAFFIC ADJUDICATION APPEAL** |
|---|---|
| ☐ Personal Injury | |
| ☐ Property Damage | ☐ **REQUEST FOR FOREIGN JUDGMENT** |

_____
Filer/Attorney's Signature

6.14.2024
_____
Date

CV-496/February 2023

(Exceptions2)  0624240159

FILED
CIVIL DIVISION

JUN 1 4 2024

Superior Court of the
District of Columbia

**District of Columbia Superior Court**
**Small Claims and Conciliation Branch**

RIYAN WILLIAMS,               )
                             )
        Plaintiff,            )
                             )          **2 0 2 4 -CAB- 0 0 3 7 5 7**
v.                            )     CASE NO: _____
                             )
CAPITAL ONE BANK, NA          )
                             )
        Defendant.            )
_____ )

## Complaint and Request for Relief

This case pertains to the complaint of unfair and deceptive practices Capital One Bank, NA

utilized in Breach of contract. Specifically, Capital One is accused of coercing the Plaintiff into

signing a credit card agreement as evidence of a debt owed in order to accept their credit offer.

This action is purported to contravene the District of Columbia Code 28–3807, which stipulates

certain requirements for evidence of credit obligations. Notably, the plaintiff asserts that they

never received a check payable "to order" or "to bearer" as evidence of their credit obligation, as

mandated by the aforementioned statute. This failure to adhere to statutory provisions constitutes

a breach of contract, thereby forming the crux of the legal dispute.

In breaching the contract, the defendant escalated their transgressions by flouting the

provisions of the Consumer Credit Protection Act (CCPA) and failing to adhere to the Fair

Credit Reporting Act (FCRA). Their deliberate and knowing furnishing of false information not

only contravened the terms of the contract but also violated federal laws designed to safeguard

consumer credit rights. This compounded wrongdoing not only undermines trust in business

(Exceptions2) 0624240160

dealings but also exposes the Defendant to the legal ramifications of their disregard of both contractual obligations and State laws.

## PARTIES, JURISDICTION AND VENUE

1. Capital One Bank N.A (hereinafter "Defendant") is a corporation which does business in The District of Columbia.

2. The Plaintiff, Riyan Williams, is a resident of The District of Columbia.

3. Venue is proper because the cause of action accrued in this district.

4. This Court has jurisdiction over Defendant because it conducts business in The District of Columbia and engages in commercial transactions such as consumer credit sales within Washington, D.C.

5. Subject matter jurisdiction exists because Plaintiff has pled a civil claim. See Code of the District of Columbia § 11–921.

6. Subject matter jurisdiction is established in this case due to the involvement of a commercial transaction under Title 28 of the Code of the District of Columbia. The complaint pertains to a dispute arising from commercial dealings, which falls within the purview of the court's authority as outlined in relevant legal statutes.

7. Title 28 of the District of Columbia's Code encompasses provisions governing various aspects of commercial activities, ensuring that disputes arising from such transactions are adjudicated within the appropriate legal framework. Therefore, the court has jurisdiction to hear and decide on matters related to commercial transactions in accordance with the relevant statutes and laws of the District of Columbia.

## FACTUAL BACKGROUND

8. The Plaintiff is a consumer and buyer as defined by Code of the District of Columbia Title 28 Chapter 38.

9. As a consumer and buyer in the District of Columbia, Plaintiff highly regards and upholds his rights outlined in the District of Columbia's Code, specifically under § 28–3701, which safeguards my interests and ensures fair treatment in commercial transactions. Understanding and asserting these rights empowers me to make informed decisions and demand accountability from sellers and service providers.

10. Capital One Bank, NA. is a seller in the Disrtict of Columbia as they engage in business of selling goods and services to retail buyers in the District.

11. By signing the credit agreement with Capital One and utilizing the credit card for family and household purposes, Plaintiff effectively engaged in a consumer credit sale with Defendant. See Code of the District of Columbia § 28–3801.

12. Capital One Bank, is a financial institution regularly engaging in credit transactions, and which provided Plaintiff credit for the purchase of goods or services.

13. As a natural person, I, the buyer, acquired the credit card for personal use

14. The goods or services obtained through the card were primarily for personal and family purposes.

15. Furthermore, as per the terms of the agreement, I was required to agree to repay any outstanding balances in installments, satisfying condition.

16. Since the credit limit did not exceed $25,000, the transaction falls within the scope of a consumer credit sale under the criteria set forth in the District of Columbia's Code § 28–3701.

17. As a consumer credit sale, it is governed under the scope of Title 28 of Code of the District of Columbia.

18. Under § 28–3807 of the District of Columbia Consumer Credit Protection Act:

(Exceptions2)  0624240163

    a.  In a consumer credit sale, sellers are prohibited from requiring or arranging for consumers to sign an instrument, other than a check, that is payable "to order" or "to bearer" as evidence of the consumer's credit obligation.

    b.  If any holder takes an instrument that violates subsection (a) with knowledge of the violation, they are subject to all claims and defenses the consumer could assert against the seller, up to the amount owed on the transaction at the time of the assignment.

19. In terms of a credit card agreement, the provision from § 28–3807 means that the credit card issuer , Capital One Bank, NA (the seller) could not require Plaintiff to sign a promissory note or any other negotiable instrument that is payable "to order" or "to bearer" as evidence of his credit obligation.

20. Upon reviewing my Capital One Customer Agreement, I have discovered that I was required to sign an instrument that effectively functions as a promissory note, which is disguised within the agreement. This instrument serves as evidence of my debt obligation to Capital One. By including this requirement, Capital One has contravened § 28–3807(a), which is designed to protect consumers from the potential transferability and negotiability risks associated with such instruments.

21. As per § 28–3807(b), any holder of an instrument obtained in violation of this provision, who takes it with knowledge of the violation, is subject to all claims and defenses that I, as the consumer, can assert against the seller, up to the amount owing on the transaction at the time of assignment.

(Exceptions2) 0624240164

22. Page two of the Customer Agreement under the heading "Your Promise to Pay" Defendant states, "You promise to pay us all amounts due on your Account. This includes amounts where you did not sign a purchase slip or other documents for the transaction. We will treat transactions made without presenting your actual Card (such as for mail, telephone, Internet, or mobile device purchases) the same as if you used the Card in person. If you let someone else use your Card, you are responsible for all transactions that person makes." where you did not sign a purchase." (Agreement is attached as Exhibit A).

23. The statement in the agreement resembles a promissory note, as it includes an unconditional promise to pay all amounts due on my account.

24. Credit card payments are typically due on a monthly basis, constituting a definite time for payment.

25. The promise to pay is directed to the issuer, akin to being "to order."

26. Although exact amounts are not specified, it implies an obligation to pay determinable sums.

27. This statement fits all the elements of promissory note, and as such contravene § 28–3807(a) by extending beyond permissible requirements for evidence of credit obligations.

28. This law ensures that consumers are protected from unfair credit practices and that any violation of this provision renders the instrument vulnerable to consumer claims and defenses.

29. From June 2023 until August 2023, Plaintiff utilized the credit card from Capital One to make purchases for family and household purposes.

**(Exceptions2) 0624240165**

30. Defendant has not to this day, provide Plaintiff a check, payable "to order" or "to bearer" as evidence of the credit obligation owed to them.

31. On or about August 20th, 2023, Plaintiff received a letter from Capital One which stated, "We are closing this account because activity on this or another account is not consistent with our expectations for account usage and violates the Capital One Customer Agreement." It goes on to address other stipulations concerning the closing of the account.

32. On or about August 22nd, 2023, Plaintiff sent a letter to Capital One at P.O. Box 30258, Salt Lake City, UT 84130. This letter questioned why the account was closed and asked for documentation to support Defendants claim that I violated the Customer Agreement. This letter was sent via certified mail # 9589-0710-5270-0699-5481-32 and signed for August 31st, 2023 by an agent of the Defendant.

33. Plaintiff never received a response from Defendant regarding this closure despite his numerous requests and On or about October 15th, 2023, Plaintiff realized that Defendant reported the Account as closed to Experian, Transunion and Equifax, this adverse action caused Plaintiffs credit score to fall significantly and for his creditworthiness to be in jeopardy.

34. As part of Defendants Credit Card Agreement, it states, "We may report information about your Account to credit bureaus and others. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

35. By including this statement, Defendant engaged in deceptive acts and practices by failing to also disclose that the Plaintiff also had the right to opt-out of the disclosure of his non-public personal information.

(Exceptions2) 0624240166

36. In violation of the Gramm-Leach-Bliley Act (GLBA), which mandates that financial institutions provide customers with a clear and conspicuous option to opt out of having their nonpublic personal information shared with non-affiliated third parties, Defendant failed to include such an opt-out clause in their privacy notice. As a result, I was not afforded the legally required opportunity to prevent my personal information from being disclosed to third parties without my consent, thereby compromising my privacy and contravening federal law designed to protect consumers' personal information.

37. According to the Gramm-Leach Bliley Act, within a financial institutions' privacy notice, there must be included a clear and conspicuous statement informing consumers of their right to opt-out of the sharing of their information with non-affiliated third parties, a method to opt-out and a time frame in which a consumer can do so.

38. Defendants' credit card Agreement failed to include any mention of Plaintiffs' rights to opt out and his ability to exercise them.

39. Despite Plaintiff's letters requesting the nature of why Defendant closed the account, Plaintiff did not receive an answer within the time prescribed in the credit card agreement or at anytime.

40. Defendant could have provided me this information, but chose not to do so.

41. Plaintiff was and still is confused about why the account was closed.

42. Without providing me the reasons as to why they closed the account or the source of the information used to determine this, Defendant charged the account off in or around December 2023.

43. I disputed this information with the CRA's such as Experian over the course of me disputing the account closer with Capital One Bank, NA.

**(Exceptions2)  0624240167**

44. Defendant was furnishing inaccurate information to Experian and the other credit reporting agencies during the life of my account with them.

45. My last dispute was sent to Experian and concerned inaccurate dates and payment information that Capital One was reporting.

46. Report # 3339-3339-91 for Mar 28, 2024 is attached as Exhibit B to this complaint.

47. On age two of this document under the heading "Before Dispute", you can see that Defendant is reporting that I made timely payments from June 2023 until September 2023, at which point it shows no data for the month of October and finally continuous on November 2023 through February with the account being charged off.

48. In this document, on page two under the section titled "Before Dispute," it is evident that the Defendant reports my timely payments from June 2023 to September 2023. However, there is no data provided for the month of October, and the reporting resumes from November 2023 to February 2024, during which the account is indicated as charged off.

49. In the section titled "After the Dispute," subsequent to Experian's investigation, it indicates that the previous October status was revised to "charged off," and a charge-off for March 2024 was included in the report.

50. As outlined in their letter dated August 18th, 2023, the Defendant purportedly closed my account on or before that date. However, it raises questions as to how they are reporting to Experian that I made timely payments through October without any late payment history, yet simultaneously reporting the account as charged off.

51. Additionally, it is perplexing how the Defendant was reporting payment history for months during which they claim the account was closed.

**(Exceptions2)  0624240168**

52. Capital One knowingly and willfully provided this inaccurate information to the credit bureaus, despite my attempts to contact them and receiving no response. They also shared this information with other third parties, in what appears to be an intentional effort to deceive me and harm my creditworthiness and reputation while undermining Consumer Protection laws designed to combat these very deceptive trade practices..

53. The Defendants made the above representations and omissions to induce the Plaintiff into entering into an agreement by singing an instrument other than a check.

54. Plaintiff was damaged as a result and suffered, and continues to suffer, significant emotional distress, humiliation, fear, concern, worry, indignation, credit denials and other harm.

55. Code of the District of Columbia § 28–3813 states;

   (a) " The remedies provided by this section shall be liberally administered to the end that the consumer as the aggrieved party shall be put in at least as good a position as if the creditor had fully complied with this chapter. Except as is otherwise specifically provided where there are wilful and repeated violations of this chapter consequential and special damages may be had in lieu of the specific penalties allowed, and in addition punitive damages may be had as indicated.
   (b) Any right or obligation declared by this chapter is enforceable by action unless the provision declaring it specifies a different and limited effect.
   (c) "Transaction total" means —

      (1) in the case of transactions pursuant to open end credit plans or consumer credit transactions, the total of the following calculated as if the amount or amounts financed were paid over the maximum period of the plan or, if there is no such period, over twelve months beginning with the next billing cycle or cycles following the transaction or transactions:
         (A) the amount financed, plus any down payment or required deposit balance, and
         (B) the total finance charge, including any prepaid finance charge;
      (2) in the case of other than open end transactions or consumer credit transactions, the total of the following:

(Exceptions2)  0624240169

      (A) the amount financed, plus any down payment or required deposit balance, and

      (B) the amount of all precomputed or precomputable finance charge, including any prepaid finance charge.

   (d) In the discretion of the court, a consumer may recover from the person violating this chapter, in addition to the damages the law otherwise allows, 10% of the transaction total, if applicable, or $100, whichever is greater, for violations to which this section applies.

      (1) This section also applies to all violations for which no other remedy is specifically provided.

   (e) If a consumer prevails in a suit brought under this chapter, the court may assess reasonable attorney's fees in addition to any other amounts recoverable under this chapter.

   (f) (f) Any charge, practice, term, clause, provision, security interest, or other action or conduct which can be shown to be in wilful violation of the provisions of this chapter shall confer no rights or obligations enforceable by action."

56. Plaintiff, as the aggrieved party, is seeking to be put in at least as good a position as if the Defendant had fully complied with this chapter for the damages they have caused.

## COUNT I: BREACH OF CONTRACT

57. Financial institutions are required to be knowledgeable about and comply with the laws of the states in which they operate. This obligation includes adhering to state-specific regulations regarding lending practices, consumer protection, and financial operations. Non-compliance can result in legal penalties, regulatory sanctions, and damage to the institution's reputation. Financial institutions often employ legal and compliance teams to ensure they remain informed about and compliant with relevant state laws.

58. Capital One conducts business in Washington DC, and is thus required to know the laws that regulate how they can operate within the District.

59. Code of the District of Columbia § 28–3807 states;

(Exceptions2)  0624240170

    (a) In a consumer credit sale, no seller shall take or otherwise arrange for the
consumer to sign an instrument, except a check, payable "to order" or "to bearer"
as evidence of the credit obligation of the consumer.

    (b) (b) Any holder of an instrument prohibited by subsection (a) of this section 28-
3807, if he takes it with knowledge of a violation of this section, takes it subject to
all claims and defenses of the consumer up to the amount owing on the
transaction total at the time of the assignment.

60. Instead of a check made payable "to order" or "to bearer" as evidence of the credit
obligation, Capitol One coerced Plaintiff to sign a Customer Agreement in the form of a
promissory note.

61. This explicitly violates my rights and Defendant used their advantage as a large financial
institution to deceive an unsophisticated consumer.

62. As part of Capital One Customer Agreement, on page 2 under the sub- heading "Disputed

Transactions" (Ex. A attached) Capital One also states the following:

    a. "You must inspect each Statement you receive. Tell us about any errors or
questions you have, as described in the "Billing Summary" on your Statement and
other Truth-In-Lending Disclosures. If you do not notify us of an error, we will
assume the information on the Statement is correct." On the Statement attached as
Ex. B-2, on the second page, the sub heading titled "Billing Rights Summary"
states the following: "What To Do If You Think You Find A Mistake On Your
Statement: If you think there is an error on your statement, write to us at: P.O.
Box 30285, Salt Lake City, UT 84130-0285.

    b. In your letter, give us the following information:
        i. Account information: Your name and account number.
        ii. Dollar amount: The dollar amount of the suspected error.
        iii. Description of Problem: If you think there is an error on your bill, describe
what you believe is wrong and why you believe it is a mistake. You must
contact us within 60 days after the error appeared on your statement. You
must notify us of any potential errors in writing. You may call us or notify
us electronically, but if you do we are not required to investigate any

(Exceptions2) 0624240171

potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

iv. We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

v. While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

vi. We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct." In the letters I sent, included as Ex. C, show that I took all of these steps, and Capital Failed to do what it stated it would, according to the contract. If Capital One is asserting that including these statements, did not make them responsible in responding to my disputes and handling them according to these terms, then Plaintiff asserts this further evidences the deceptive acts and practice Capital One engaged in when they breached the contract.

63. I submitted a several formal disputes regarding closure of my account and the amount owed, as indicated in the billing summary of rights provided by Capital One.

64. The disputes were filed in accordance with the procedures outlined in the billing summary of rights, and I expected Capital One to adhere to these procedures throughout the resolution process.

65. However, despite my adherence to the prescribed dispute resolution process and the clear guidelines outlined in the "Billing Summary of Rights," I regret to inform you that Capital One did not uphold its obligations once the dispute process commenced.

66. Specifically, Capital One failed to address the dispute in a timely and effective manner, and the account closure process was initiated without my consent or prior notification.

67. This failure to adhere to the laws of the District of Columbia and the agreed-upon dispute resolution procedures included in the contract has not only caused undue stress, damages

**(Exceptions2) 0624240172**

and inconvenience but has also damaged my trust and confidence in Capital One's commitment to customer service and accountability.

## COUNT II: CAPITAL ONE ACTED IN BAD FAITH ENGAGING IN DECEPTIVE ACTS AND PRACTICES/BREACH OF FIDUCIARY DUTY

68. The terms of use of the credit card agreement with Capital One and its cardholders provides that Capital One "may close or suspend your Account at any time and for any reason permitted by law, even if you are not in default."

69. Like all provisions in a contract, this provision includes implied covenants of good faith and fair dealing. Capital One has refused to provide the reason for closing the account which would be necessary to determine if such reason was permitted by law or was, in fact, fair.

70. It is not permitted by law for Capital One to close an account without providing a statement of reasons, including the source of the information relied upon. It is not permitted by law for Capital One to close an account without providing notice of the consumer's right to a statement of reasons, including the source of the information relied upon.

71. By closing Plaintiff's accounts without providing a specific statement of reasons, including the source of the information relied upon, Capital One has breached the terms of its credit agreement including the implied covenants of good faith and fair dealing before the account was ever closed.

72. The fact that their breach of the contract preempted the closure of the account, is further evidence that Capital One was acting in bad faith the entire time.

**(Exceptions2)  0624240173**

73. As not only and account owner, I entrusted Capital One with the responsibility to manage my account in accordance with the terms outlined in our contract and their trustee indenture.

74. However, Capital One has failed to fulfill its fiduciary obligations.

75. A bond is a debt security or financial instrument that represents a loan made by an investor to a borrower, typically a corporation, municipality, or government. When you purchase a bond, you are essentially lending money to the issuer in exchange for periodic interest payments and the return of the bond's face value (principal) when it matures. Bonds are a common way for entities to raise funds for various purposes, such as financing projects, operations, or debt refinancing.

76. The payment coupons Defendant sent me every month before closing my account were part of a the debt security that entitles the holder to receive interest payments.

77. At the time of their issue, I was the holder of these instruments.

78. I took each instrument in good faith and for value without notice of defect and claims.

79. Capital One Bank, NA. had the fiduciary duty to disclose material information in connection to these debt securities to the Plaintiff as the cardholder.

80. Capital One neglected to provide timely updates regarding the performance and status of my bonds, despite being obligated to do so under their trustee indenture.

81. Capital One engaged in actions that were detrimental to the interests of bondholders, such as mismanagement of funds, non-compliance with bond covenants, and failure to act in the best interests of investors.

82. By failing to adhere to the terms of the trustee indenture and neglecting to act in the best interests of bondholders, Capital One has breached its fiduciary duty as a trustee.

83. This breach of fiduciary duty is not only unethical but also illegal.

84. Fiduciary duty is a fundamental principle of trust and confidence that forms the basis of the relationship between trustees and beneficiaries.

85. Capital One's failure to uphold this duty undermines the integrity of the bond market and jeopardizes the financial well-being of investors like myself and should not be overlooked or dismissed.

86. Plaintiff was damaged as a result and suffered, and continues to suffer, significant emotional distress, humiliation, fear, concern, worry, indignation, and other harm.

## COUNT III: UNCONSCIONABLE CONTRACT

87. The Plaintiff and Defendants are positioned in significantly disparate negotiating stances for the following reasons:

88. The Plaintiff is characterized as an unsophisticated consumer.

89. Defendant Experian stands as a large corporation engaged in frequent solicitation of customers through national advertising endeavors for the acquisition and dissemination of consumer information.

90. Within the specific circumstances outlined, the contract incorporates substantively unconscionable and commercially unreasonable terms, such as:

(a)     A statement suggesting that the terms of the agreement for this service may be periodically updated, advising consumers to regularly check the website for Agreement updates

**(Exceptions2) 0624240175**

(b)     Agreement to allow Defendants to furnish the Plaintiff's private credit information to third parties.

(c)     Agreement to allow Defendants to retain copies of all credit information for the Plaintiff.

(d)     Prohibition on initiating class actions against Defendant or serving as a class representative in cases against Defendant

(g)     Waiver of the constitutional right to a trial by jury.

(h)     Waiver of UCC warranties of fitness for a particular purpose and warranty of merchantability for the reports provided by Defendant to unaffiliated third-parties.

(i)     Waiver of any direct, indirect, incidental, special, consequential, or exemplary damages from mistakes from Defendants.

(j)     Defendants did not disclose that Plaintiff could opt-out of having his personal information shared and did not require the Plaintiff to enter into onerous contract terms such as granting access to personal information and waiving constitutional rights;

(l)     not ensuring that the consumer saw all relevant terms by requiring a scroll box or to scroll through the terms before clicking to obtain

91. Defendants knew or should have known that they were deceiving consumers.

92. The contract was unconscionable under all circumstances alleged at the time it was made and induced by unconscionable conduct, and therefore is unenforceable.

93. The Defendants made the above representations and omissions to induce the Plaintiff into entering into this agreement.

94. Plaintiff was damaged as a result and suffered, and continues to suffer, significant emotional distress, humiliation, fear, concern, worry, indignation, and other harm.

(Exceptions2) 0624240176

## COUNT V: II : CONSUMER CREDIT PROTECTION ACT (ECOA)

95. The acts of Defendant constitute violations of the Consumer Credit Protection Act, specifically

    Regulation B as outlined in Equal Opportunity Credit Act.

96. The ECOA defines adverse action as "a denial or revocation of credit, a change in terms of an existing credit arrangement, or a refusal to grant credit in substantially the amount or on substantially the terms requested."

97. The ECOA requires that "[e]ach applicant against whom adverse action is taken shall be entitled to a Statement of Reasons for such action from the creditor." 15 U.S.C. § 1691(d)(2).

98. "A statement of reasons meets the requirements of this subsection only if it contains the specific reasons for the adverse action taken." 15 U.S.C. § 1691(d)(3).

99. Capital One failed to and in fact expressly refused to provide the specific reasons for the adverse action of revoking and refusing to extend credit as alleged herein and to even provided me a response to any of the requests sent to them.

100.    As a result of Defendant's actions in violation of the Consumer Credit Protection Act, specifically the ECOA, Plaintiff was substantially harmed, and is entitled to an award of actual damages. Such damages naturally accrue from the revocation of existing accounts and the resulting impacts on credit scores.

101.    The amounts of such damages may be uniformly established by common evidence and/or expert testimony.

**(Exceptions2)  0624240177**

102.    As a result of Defendant's actions in violation of the ECOA, plaintiff is entitled to

an award of punitive damages of up to $10,000 in punitive damages under ECOA, or

whatever damages the Court or jury finds just and proper.

103.    Capital One is a "too big to fail" bank with massive resources such that its most

recently reported total bank equity capital exceeds $18 billion.

104.    Capital One knows of and is familiar with its obligations to inform applicants of

adverse action, yet it expressly refused to do so.

105.    Capital One made a business decision to refuse to comply with ECOA as to

Plaintiff, because noncompliance was cheaper and otherwise more advantageous for

Capital One, even though its noncompliance ran to the substantial detriment of Plaintiff.

106.    The resources of Capital One, along with the nature and persistence of its refusals,

justifies the maximum award of punitive damages.

107.    The award of damages cannot fully compensate Plaintiff for Capital One's breach.

Plaintiff requests, specific performance of the contract in the form of Capital One

reopening such accounts and providing the specific reasons for the adverse actions,

including the source of the information relied upon.


### DEMAND FOR RELIEF

Plaintiff demand from the Defendant:

1. Actual damages for Defendants' violations of all counts.
2. Punitive damages for Defendants' violations of ALL Counts .
3. Injunctive relief that the Defendants fully disclose all material terms and conditions.
4. Fees and costs as allowed for by 15 U.S.C. § 1681o and 15 U.S.C. § 1681n.
5. Removal of inaccurate and unverified information still contained in Plaintiff's credit report. 15 U.S. Code § 1681i
6. Reopening Plaintiff's account.

**(Exceptions2)  0624240178**

7. Such other relief as the Court shall deem just and proper under the attendant circumstances according to Code of the District of Columbia § 28–3813

(Exceptions2)  0624240179

## DOCUMENT PRESERVATION DEMAND

Plaintiff hereby demands that the Defendant take affirmative steps to preserve all telephone recordings, data, emails, other recordings, phone records, letters, documents and all other tangible things that relate to the allegations herein, Plaintiff or the putative class members, or the events described herein, any third party associated with any such events, account, sale or file associated with plaintiff or the putative class members, and any account or number or symbol relating to any of them. These materials are very likely relevant to the litigation of this claim. If Defendant is aware of any third party that has possession, custody or control of any such materials, Plaintiff demands that Defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the Defendant.

Respectfully submitted,

_____

Riyan Williams
3901 17th St NE
Washington, DC 20018
443-534-2168
Riyan.williams6@gmail.com

**(Exceptions2)  0624240180**

Capital One Bank
N.A. Customer
Agreement and
Disclousures

**(Exceptions2)  0624240181**

 P.O. Box 30285
Salt Lake City, UT 84130-0285

June 14, 2023

000067032

RIYAN WILLIAMS                  UPGR
3901 17TH ST NE
WASHINGTON, DC 20018-230901

Re: Your account number ending in 9038

Thank you for contacting us about the terms on your Capital One® account. Your current terms are listed below and on the following pages:

**Credit Limit: $500.00**

| INTEREST RATES AND INTEREST CHARGES | |
| --- | --- |
| **Annual Percentage Rate (APR) for Purchases** | **29.99%.** This APR will vary with the market based on the Prime Rate. |
| **APR for Transfers** | **29.99%.** This APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **29.99%.** This APR will vary with the market based on the Prime Rate. |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge interest on new purchases, provided you have paid your previous balance in full by the due date each month. We will begin charging interest on cash advances and special transfers on the transaction date. |
| **For Credit Card Tips from the Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore. |
| **Minimum Interest Charge** | There is no Minimum Interest Charge on this account. |

© 2023 Capital One. Capital One is a federally registered service mark.

(Exceptions2) 0624240182

COLRLS5C 6056 5001 204 07 20259614 PG 1 OF 5
47485565.1     0-0
00067032

| FEES | |
|---|---|
| **Annual Fee** | **None.** |
| **Transaction Fees**<br>• **Transfer** | **None.** |
| • **Cash Advance** | Either **$3** or **3%** of the amount of each cash advance, whichever is greater. |
| **Penalty Fees**<br>• **Late Payment** | Up to **$40.** |
| • **Returned Payment** | **None.** |

**How Do You Calculate My Balance?** We use a method called "average daily balance (including new transactions)." See the "How Do You Calculate The Interest Charge?" section below.



**What Are My Billing Rights?** Information on your rights to dispute transactions and how to exercise those rights is provided in "Your Billing Rights Summary" on your Statement, in your card agreement, and other Truth-in-Lending Disclosures.



### *THINGS YOU SHOULD KNOW ABOUT THIS CARD*

**How Do You Calculate My Variable Rates?** Your variable rates may change when the Prime Rate changes. We calculate variable rates by adding a percentage to the Prime Rate published in *The Wall Street Journal* on the 25th day of December, March, June and September. If the *Journal* is not published on that day, then see the immediately preceding edition. Variable rates on the following segment(s) will be updated quarterly and will take effect on the first day of your January, April, July and October Billing periods:  Non-introductory Purchase APR: Prime plus 21.99%; Non-introductory Transfer APR: Prime plus 21.99%; Cash Advance APR: Prime plus 21.99%. Any increase in the Prime Rate may increase your Interest Charges and your Minimum Payment.

**What Are The Daily Periodic Rates Used To Calculate My Interest?** The daily periodic rate for your Non-introductory Purchase APR is 0.08216%; Non-introductory Transfer APR is 0.08216%; Cash Advance APR is 0.08216%. See the "How Do You Calculate The Interest Charge?" section below.

**How Do You Calculate The Interest Charge?** We use a method called Average Daily Balance (including new transactions). Under this method, we first calculate your daily balance: for each segment, (1) take the beginning balance and add in new transactions and the periodic interest charge on the previous day's balance, then (2) subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if you paid your previous month's balance in full (or if your balance was zero or a credit amount), new transactions which post to your purchase or special purchase segments are not added to the daily balances. Also, transactions subject to a grace period are not added to the daily balances.

© 2023 Capital One. Capital One is a federally registered service mark.

**(Exceptions2)  0624240183**

COLR15JC 6056 3001 204 07 20230614 PG 2 OF 5
00067032    47485385.1      0-0



## Capital One® Customer Agreement

### Welcome to Capital One
Thank you for opening a credit card account with us. This Customer Agreement including any changes to it ("Agreement") contains the terms of your agreement with Capital One.

### Definitions
The meanings of the terms you see in italics appear in the **Glossary** section at the end of this Agreement.

As used here, "you" and "your" mean each applicant and co-applicant for the *Account*; any person responsible for paying the *Account*; and any person responsible for complying with this Agreement. "We," "us," "our," and "Capital One" mean Capital One, National Association; and ts agents, authorized representatives, successors, and assignees.

### Account Documents
The following documents govern your *Account* with us:

(1) this Agreement;
(2) all *Statements*;
(3) any rewards program terms, conditions, and disclosures;
(4) any privacy notices;
(5) your *Card* benefits brochure which describes benefits provided by the *Payment Card Network* for your *Account*;
(6) all disclosures and materials provided to you before or when you opened your *Account*;
(7) any other documents and disclosures relating to your *Account*, including those provided online; and
(8) any future changes we make to any of the above.

Please read these carefully and keep them for future reference.

### New Offers
In the future, we may provide you with new offers that we think may interest you. The terms of these offers may differ from the standard terms cn your *Account*. This Agreement will still apply.

### Account Information
We need information about you to manage your *Account*. This includes:

(1) your legal name;
(2) a valid U.S. mailing address and residential address (if different);
(3) your date of birth;
(4) your Social Security number or other government identification number;
(5) your telephone number(s); and
(6) your employment and income information.

You must tell us when this information changes. We may ask you for additional documents to verify any changes.

We may restrict or close your *Account* if we cannot verify your information, or if you do not provide it as requested.

### Your Revolving Credit Line and Spending
We will tell you your initial revolving credit line when you open your *Account*. We may increase or decrease your revolving credit line at any time without prior notice to you, unless notice is required by law, and we may limit or take away the credit available for *Cash Advances*. You can find your current revolving credit line on your *Statement*. We may not authorize transactions in excess of your revolving credit line. We may consider each transaction that may cause you to exceed your revolving credit line based on several factors, including your performance on this *Account* and other credit accounts you have with us and your performance with other creditors. If we do authorize transactions in excess of your revolving credit line, they will be subject to this Agreement. They will not result in an increase of your revolving credit line.

### Using Your Account
(1) This Agreement applies whether or not you use your *Card* or *Account*. It will continue to apply even after your *Account* is closed, as long as you have a balance.
(2) You must sign the *Card* immediately when you receive it.
(3) You must return the *Card* to us or destroy it if we ask you to.
(4) You must take reasonable steps to prevent the unauthorized use of your *Card*, *Access Checks* and *Account*.
(5) We may decline to authorize a transaction for any reason. This may occur even if the transaction would not cause you to go over your revolving credit line or your *Account* is not in default.
(6) We are not responsible for any losses you incur if we do not authorize a transaction.
(7) We are not responsible for any losses you incur if anyone refuses to accept your *Card* for any reason.
(8) Unless we tell you otherwise, we will bill each transaction to the applicable *Segment* of your *Account*. We will apply it against your available credit for that *Segment*.
(9) You may obtain *Cash Advances* and *Transfers* as permitted for your *Account*. You may not use these to pay any amount you owe us or any other company in the Capital One organization.
(10) You must not use, or try to use, the *Card* for any illegal activity. You are responsible for any charges if you do.
(11) We are not liable for any losses that may result when our services are unavailable due to reasons beyond our control.

### Rewards
Your *Account* may provide you with the opportunity to earn rewards. If it does, we will separately provide you with information and terms about the rewards.

**1**

(Exceptions2) 0624240184

Next, to find your Average Daily Balance: (1) add the daily balances together for each segment, and (2) divide the sum by the number of days in the billing cycle.

At the end of each billing cycle, we determine your Interest Charge as follows: (1) multiply your Average Daily Balance by the daily periodic rate (APR divided by 365) for that segment, and (2) multiply the result by the number of days in the billing period. NOTE: Due to rounding or a minimum interest charge, this calculation may vary from the interest charge actually assessed.

© 2023 Capital One. Capital One is a federally registered service mark.

(Exceptions2) 0624240185

## Access Checks

We may provide you with *Access Checks*. If we do, we will tell you at the time if we consider them purchases, *Cash Advances* or *Special Transfers*.

Only the person we designate may use *Access Checks*. You may not use them to pay any amount you owe us or any other company in the Capital One organization. We may reject and not pay any *Access Check* if:

(1) your *Account* is past due, charged off, bankrupt, lost/ stolen or closed;
(2) we suspect fraud;
(3) your *Account* is over the revolving credit line; or
(4) the check has expired, is damaged or cannot otherwise be processed.

Our liability if we do not pay an *Access Check* will never be more than (1) your actual damages or (2) the amount of the *Access Check*, whichever is less.

Use of an *Access Check* is not the same as using your *Card*. When you use an *Access Check*, you will have fewer rights to dispute merchant transactions than with uses of your *Card*. Please see the "Billing Rights Summary" on your *Statement* and your other *Truth-in-Lending Disclosures* for more information.

## Stopping Payment of Access Checks

You may request a stop payment on any *Access Check* by contacting Customer Service.

We will have a reasonable amount of time after your stop payment request to research and complete the stop payment. We will not be responsible if we cannot complete the stop payment. Reasons include:

(1) the *Access Check* was already paid;
(2) you do not give us the information we asked for; or
(3) the information you gave us was incorrect.

We do not have to release the stop payment order unless the account holder who made the request asks us to. If we re-credit your *Account* after a valid stop payment order, you give us all of your rights against the payee or other holder of the paid *Access Check*. You also agree to help us in any legal action we may later take against the payee or other holder of the check.

## Using a PIN

We may give you a personal identification number (PIN). For security reasons, you may have to provide the PIN before you are able to use your *Card*.

Keep your PIN secure. Do not write it down, give it to anyone, or keep it with your *Card*. If you lose your *Card* or believe the confidentiality of your PIN has been compromised for any reason, you must contact Customer Service immediately.

## Authorized Users

If you ask us to issue a *Card* to any other person,

they are an *Authorized User*. We may require certain information about them. We may limit their ability to use your *Card*. They may have access to certain information about your *Account*. You will be responsible for their use of the *Account* and anyone else they allow to use your *Account*, even if you did not want, or agree to, that use.

## Removing an Authorized User

If you want to remove an *Authorized User* from your *Account*, you must contact Customer Service and request their removal. You also must immediately destroy all *Cards* in their possession and cancel any arrangements they may have set up on your *Account*. They will be able to use your *Account* until you have notified us that you are removing them from your *Account*. During this time, you will still be responsible for all amounts they charge to your *Account*. You will be responsible even if these amounts do not appear on your *Account* until later.

*Authorized Users* may remove themselves from your *Account* upon request. We reserve the right to remove them from your *Account* for any reason. To remove them from your *Account*, we may close your existing *Account* and issue a new *Card* with a new *Account* number.

## Your Promise to Pay

You promise to pay us all amounts due on your *Account*. This includes amounts where you did not sign a purchase slip or other documents for the transaction. We will treat transactions made without presenting your actual *Card* (such as for mail, telephone, Internet, or mobile device purchases) the same as if you used the *Card* in person. If you let someone else use your *Card*, you are responsible for all transactions that person makes.

## Statements

We will generally send or make available to you one *Statement* for all *Cards* on your *Account* at the end of each *Billing Cycle*. Under certain circumstances, the law may not require us to send or make available to you a *Statement*, or may prohibit us from doing so.

## Disputed Transactions

You must inspect each *Statement* you receive. Tell us about any errors or questions you have, as described in the "Billing Rights Summary" on your *Statement* and other *Truth-in-Lending Disclosures*. If you do not notify us of an error, we will assume that all information on the *Statement* is correct.

If we credit your *Account* for all or part of a disputed transaction, you give us all of your rights against others regarding that transaction. You will also:

(1) give us any information about the disputed transaction, if we ask;
(2) not pursue any claim or reimbursement of the transaction amount from the merchant or any other person; and
(3) help us get reimbursement from others.

**2**

(Exceptions2) 0624240186

COLR153C 6056 3001 206 07 20230614 PG 3 OF 5
00067032   47485385.1   0-0

## No Warranties

We are not responsible for any claim you may have regarding the purchase of goods or services made with your *Card* beyond your rights described in the "Billing Rights Summary" on your *Statement*.

## Lost or Stolen Card

If your *Card* is lost or stolen or if you think someone else may be using your *Card* or *Account* number without your permission, you must contact Customer Service immediately. You will not be responsible for transactions on your *Account* that we find are unauthorized.

If we reimburse you for unauthorized transactions, you will help us investigate, pursue and get reimbursement from the wrongdoer. Your help includes giving us documents in a form that we request.

## Interest Charges and Fees

We will charge *Interest Charges* and *Fees* to your *Account* as disclosed on your *Statement* and other *Truth-in-Lending Disclosures*. In general, *Interest Charges* begin to accrue from the day a transaction occurs. However, we will not charge you interest on any new transactions posted to the purchase *Segment* of your *Account* if you paid the total balance across all *Segments* of your *Account* in full by the due date on your *Statement* each month. From time to time, we may give you offers that allow you to pay less than the total balance and avoid *Interest Charges* on new purchase *Segment* transactions. If we do, we will provide details in the specific offer.

We will generally treat *Fees* as purchase transactions unless otherwise specified below. These *Fees* apply to your *Account* only if your *Truth-in-Lending Disclosures* provide for them. We may increase your *Interest Charges* and *Fees* as described in the **Changes to Your Agreement** section or in your *Truth-in-Lending Disclosures*.

## Membership Fee

If your *Account* has a membership *Fee*, we may charge the first membership *Fee* either on the day you activate your *Card* or on the day when you use your *Account*, whichever occurs first. If your *Account* terms include a $0 introductory *Fee*, we may charge the first *Fee* when the introductory period ends. If it is an annual *Fee*, we may then charge it approximately once per year. If it is a monthly *Fee*, we may charge it each *Billing Cycle*.

## Late Payment Fee

We may charge you this *Fee* if we do not receive your payment as instructed on your *Statement* by the payment due date.

## Returned Payment Fee

We may charge you this *Fee* each time your financial institution for any reason rejects a payment you make to us.

## Stop Payment Fee

We may charge you this *Fee* each time you ask us to (1) stop payment on an *Access Check* or (2) renew an existing stop payment order.

## Cash Advance Fee

We may charge you this *Fee* each time you take out a *Cash Advance*. We will treat this *Fee* as a *Cash Advance* transaction.

## Transfer Fee

We may charge you this *Fee* each time you make a *Transfer*. We will charge the *Fee* to the same *Segment* where we post the *Transfer*.

## Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the *Payment Card Network* will convert it into a U.S. dollar amount. *The Payment Card Network* will use its own currency conversion procedures. The conversion rate in effect on the processing date may differ from the rate in effect on the transaction date that appears on your *Statement*. We do not adjust the currency exchange rate or charge any currency conversion *Fees*.

## Minimum Payment

You must pay us at least the minimum payment amount by the payment due date. Your *Statement* will tell you:

(1) the minimum payment due,
(2) your new balance,
(3) the payment due date, and
(4) an explanation of when the payment must reach us for us to consider it received as of that date.

Returns and other credits to your *Account* will reduce your *Account* balance, but they will not change your minimum payment amount.

In addition to the minimum payment, you may pay all or part of the total balance on your *Account*. But, you must still pay at least the minimum payment amount each month, even if you paid more than the minimum payment due on the previous *Statement*. We will continue to charge *Interest Charges* during *Billing Cycles* when you carry a balance regardless of whether your *Statement* includes a minimum payment that is due. If your *Account* is 180 days past due, is part of a bankruptcy proceeding or is otherwise charged off, the total balance is immediately due and payable.

## Making Payments

Your payment must be made in U.S. dollars from a U.S. deposit account in a form acceptable to us. We do not accept cash payments through the mail. You may not make payments with funds from your *Account* or any other credit account with us or any other company in the Capital One organization. You must send mailed payments to us as instructed on your *Statement*, unless we tell you otherwise.

**3**

(Exceptions2)  0624240187

## Other Payment Services

We may make services available that allow you to make faster or recurring payments on ine or by telephone. We will describe the terms for using these services and any applicable *Fee* before you use them. You do not have to use these other payment services.

We are not responsible if your financial institution rejects a payment made using our payment services.

If you ask someone else to make a payment for you, we may provide that person with limited *Account* information necessary to set up and process that payment. We may also refuse to accept that payment. If we do accept it, you will be responsible for that payment even if a financial institution rejects it.

## Payment Processing

We may accept and process payments without losing any of our rights. We may delay the availability of credit until we confirm that your payment has cleared. This may happen even if we credit your payment to your *Account*. We may resubmit and collect returned payments electronically. If necessary, we may adjust your *Account* to correct errors, process returned and reversed payments, and handle similar issues.

When you send us an *Item* as payment, you authorize us to make a one-time electronic fund transfer from your deposit account. You also authorize us to process the payment as an *Item*. We may withdraw the funds from your deposit account as early as the same day we receive your payment. You will not receive your *Item* back from your bank. We will provide additional information about this process on your *Statement*.

We may use the information from an *Item* to create an electronic image. We may collect and return the image electronically. This electronic image may also be converted to a substitute check and may be processed in the same way we would process an *Item*. We will not be responsible if an *Item* you provide has physical features that when imaged result in it not being processed as you intended.

## How We Apply Your Payments

Your *Account* may have *Segments* with different Annual Percentage Rates (APR). For example, purchases may have a lower APR than *Cash Advances*. If your *Account* has *Segment* balances with different APRs, here is how we apply payments in a *Billing Cycle*:

(1) We generally apply credits and payments up to your minimum payment first to the balance with the lowest APR, and then to balances with higher APRs.
(2) We apply any part of your payment exceeding your minimum payment to the balance with the highest APR, and then to balances with lower APRs.

## Items with Restrictive Words, Conditions, or Instructions

You must mail all *Items* bearing restrictive words, conditions, imitations, or special instructions to:

Capital One
PO Box 1330
Charlotte, NC 28201-1330

This includes *Items* marked "Paid in Full" or similar language. This also includes all accompanying communications.

If you make such a payment or send any accompanying communications to any other address, we may reject it and return it to you. We may also accept it and process it without losing any of our rights.

## Credit Balances

We may reject and return any payment that creates or adds to a credit balance on your *Account*. Any credit balance we allow will not be available until we confirm that your payment has cleared. We may reduce the amount of any credit balance by any new charges. You may write to the address provided on your *Statement* or call Customer Service to request a refund of any available credit balance.

## Account Default

You will be in default if:

(1) you do not make any payment when it is due;
(2) any payment you make is rejected, not paid or cannot be processed;
(3) you file or become the subject of a bankruptcy or insolvency proceeding;
(4) you are unable or unwilling to repay your obligations, including upon death or legally declared incapacity;
(5) we determine that you made a false, incomplete or misleading statement to us, or you otherwise tried to defraud us;
(6) you do not comply with any term of this Agreement or any other agreement with us; or
(7) you permanently reside outside the United States.

If you are in default, we may take certain actions with respect to your *Account*. For example, depending on the default, we may take the following actions, without notifying you, unless the law says that we must give you notice:

(1) charge you *Fees*, or change the APRs and *Fees* on your *Account*, if provided in your *Truth-in-Lending Disclosures*;
(2) close or suspend your *Account*;
(3) lower your revolving credit line;
(4) demand that you immediately pay the total balance owing on your *Account*;
(5) continue to charge you *Interest Charges* and *Fees* as long as your balance remains outstanding; and/or
(6) file a lawsuit against you, or pursue another action that is not prohibited by law. If we file a lawsuit, you agree to pay our court costs, expenses and attorney fees, unless the law does not allow us to collect these amounts

4

(Exceptions2)  0624240188

COLIRI53C 6056 3001 204 07 20250614 PG 4 OF 5
00067032          47485585.1          0-0

## Communications

You agree that we may communicate with you by mail, telephone, email, fax, prerecorded message, automated voice, text message or other means allowed by law regarding your *Account*.

You agree that we may contact you at any telephone number (including a mobile telephone number that you provide us), and use an automated telephone dialing system or similar device to do so. You agree that we may monitor or record any conversation or other communication with you.

## Credit Reports

We may report information about your *Account* to credit bureaus and others. Late payments, missed payments, or other defaults on your *Account* may be reflected in your credit report. Information we provide may appear on your and the *Authorized Users'* credit reports.

If you believe that we have reported inaccurate information about your *Account* to a credit bureau or other consumer reporting agency, notify us in writing at PO Box 30281, Salt Lake City, UT 84130-0281. When you write, tell us the specific information that you believe is incorrect and why you believe it is incorrect.

We may obtain and use credit, income and other information about you from credit bureaus and others as the law allows.

## Closing or Suspending Your Account

You may contact Customer Service to ask us to close your *Account*.

We may close or suspend your *Account* at any time and for any reason permitted by law, even if you are not in default.

If we close or suspend your *Account* for any reason, you must stop using your *Card*. You must also cancel all billing arrangements set up on the *Account*. If we close or permanently suspend your *Account*, you must return or destroy all *Cards*. You must still pay us all amounts you owe on the *Account*.

## Changes to Your Agreement

At any time, we may add, delete or change any term of this Agreement, unless the law prohibits us from doing so. We will give you notice of any changes as required by law. We may notify you of changes on your *Statement* or in a separate notice. Our notice will tell you when and how the changes will take effect. The notice will describe any rights you have in connection with the changes.

Your variable APRs (if applicable) can go up or down as the index for the rate goes up or down. If we increase your APRs for any other reason, or if we change your *Fees* or other terms of your *Account*, we will notify you as required by law.

## The Law That Applies to Your Agreement

We make decisions to grant credit and issue you a *Card* from our offices in Virginia. This Agreement is governed by applicable federal law and by Virginia law. If any part of this Agreement is unenforceable, the remaining parts will remain in effect.

## Waiver

We will not lose any of our rights if we delay or choose not to take any action for any reason. We may waive our right without notifying you. For example, we may waive your *Interest Charges* or *Fees* without notifying you and without losing our right to charge them in the future.

## Assignment

This Agreement will be binding on, and benefit, any of your and our successors and assigns. You may not sell, assign or transfer your *Account* or this Agreement to someone else without our written permission.

We may sell, assign or transfer your *Account* and this Agreement without your permission and without prior notice to you. Any assignee or assignees will take our place under this Agreement. You must pay them and perform all of your obligations to them and not us. If you pay us after we notify you that we have transferred your *Account* or this Agreement, we can return the payment to you, forward the payment to the assignee, or handle it in another way that is reasonable.

## Glossary

- *"Access Check"* means any check we send to you to access credit from your *Account*. We may also refer to an *Access Check* as a "convenience check" or a "purchase check".

- *"Account"* means your *Card Account* with us.

- *"Authorized User"* means a person who may use the *Card*, but is not responsible for the repayment of the *Account*.

- *"Balance Transfer"* means a *Transfer* posted to the purchase *Segment* of your *Account* unless otherwise described in your *Truth-in-Lending Disclosures*.

- *"Billing Cycle"* means the period of time reflected on a *Statement*. This period may vary in length, but is approximately 30 days. You will have a *Billing Cycle* even if a *Statement* is not required. We will often specify a *Billing Cycle* by the month in which its closing date occurs. For example, a "March *Billing Cycle*" will have a closing date in March. We may also refer to a *Billing Cycle* as a "Billing Period". If your *Account* balance has charged off, we may switch to quarterly *Billing Cycles* for your *Account*.

- *"Card"* means any Capital One credit card associated with your *Account*. This includes all renewals and substitutions. It also means any other access device for your *Account* we give you that allows you to obtain credit, including any *Account* number.

5

**(Exceptions2) 0624240189**

- **"Cash Advance"** means a loan in cash or things we consider cash equivalents, including wire transfers, travelers' checks, money orders, foreign currency, lottery tickets, gaming chips, and wagers. We post *Cash Advances* to the *Cash Advance Segment* of your *Account* and not to your purchase *Segment*.

- **"Fees"** means charges imposed on your *Account* not based on the Annual Percentage Rates.

- **"Interest Charges"** means any charges to your *Account* based on the application of Annual Percentage Rates.

- **"Item"** means a check, draft, money order or other negotiable instrument you use to pay your *Account*. This includes any image of these instruments. This does not include an *Access Check*.

- **"Payment Card Network"** means the network provider displayed on your *Card*. This may be Visa Inc., MasterCard International Incorporated, or any other network provider.

- **"Segments"** means the different parts of your *Account* we may establish that are subject to unique APRs, pricing, or other terms. We create these parts of your *Account* for such things as your purchases, *Balance Transfers*, *Cash Advances* and *Special Transfers*. The sum of your *Segment* balances equals your total *Account* balance.

- **"Special Transfer"** means a *Transfer* posted to a *Segment* of your *Account* that is not your purchase *Segment* or *Cash Advance Segment*.

- **"Statement"** means a document showing important *Account* information, including all transactions billed to your *Account* during a *Billing Cycle* and information about what you must pay. We may also refer to your *Statement* as a "Periodic *Statement*" or a "Billing *Statement*".

- **"Transfers"** means amounts transferred from other accounts to this *Account* and includes *Balance Transfers* and *Special Transfers*.

- **"Truth-in-Lending Disclosures"** means disclosures that the federal Truth in Lending Act and Regulation Z require for any *Account*. This includes your application and solicitation disclosures, *Account* opening disclosures, subsequent disclosures, *Statements*, and change in terms notices.



© 2014 Capital One
Capital One is a federally registered service mark.
All rights reserved.

**6**

(Exceptions2)  0624240190



Rev. 6/2021
BR415351
RV230073
M-134061
230073

| FACTS | WHAT DOES CAPITAL ONE® DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include: • Social Security number and income • Account balances and payment history • Account transactions and credit card or other debt |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Capital One chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Capital One share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To limit our sharing | Call us toll free at 1-888-817-2970 and one of our representatives will update your privacy choices.

**Please note:**

If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. If you're an *existing* customer and have opted out previously, you don't need to update your privacy choices again. When you are *no longer* our customer, we continue to share your information as described in this notice.

However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Go to capitalone.com/privacy or capitalone.com/contact |

230073

Please Recycle

(Exceptions2)_0624240191

| Who is providing this notice? | Capital One, N.A. and Capital One Bank (USA), N.A., and their affiliates that use the names Capital One, Chevy Chase, and Greenpoint. |
|---|---|
| **How does Capital One protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Capital One collect my personal information?** | We collect your personal information, for example, when you:<br><br>• open an account or deposit money<br>• pay your bills or apply for a loan<br>• use your credit or debit card<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br><br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |

**Definitions**

| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include financial companies with the Capital One, Chevy Chase, Capital One Shopping, and Greenpoint names, such as Capital One Bank (USA), National Association; and Capital One, National Association. |
|---|---|
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Nonaffiliates we share with can include insurance companies, co-branded partners, retailers, data processors, and advertisers. |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• Our joint marketing partners include companies such as other banks and insurance companies. |

**Other important information**

**For California residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by law, including, for example, with your consent or to service your account.

**For Vermont residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by law, including, for example, with your consent or to service your account. We will not share information about your creditworthiness with our affiliates, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

**For Nevada residents:** Notice provided pursuant to state law. To be placed on our internal Do Not Call List, call 1-888-817-2970. If you would like more information about telemarketing practices, you may contact us at Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 or webinfo@capitalone.com. For more on this Nevada law, contact Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101, Phone number: 1-702-486-3132, e-mail: BCPINFO@ag.state.nv.us.

**Telephone Communications:** All telephone communications with us or our authorized agents may be monitored or recorded.

This notice is available in Spanish.
Este aviso está disponible en Español.

© 2021 Capital One. Capital One is a federally registered service mark.

**(Exceptions2) 0624240192**

each month, we will not charge interest on new transactions that post to the purchase balance. If you have been paying in full without interest charges; but fail to pay your next New Balance in full we will charge interest on the unpaid balance. Interest Charges on Cash Advances and Special Transfers start on the transaction date. Promotional offers may allow you to pay less than the total New Balance and avoid paying interest on new transactions that post to your purchase balance. See the front of your statement for additional information.

**How is the Interest Charge Determined?** Interest Charges accrue from the date of the transaction, date the transaction is processed or the first day of the Billing Cycle. Interest accrues daily on every unpaid amount until it is paid in full. Interest accrued during a Billing Cycle posts to your account at the end of the Billing cycle and appears on your next statement. You may owe Interest Charges even if you pay the entire New Balance one month but did not do so the prior month. Once you start accruing Interest Charges, you generally must pay your New Balance in full two consecutive Billing Cycles before Interest Charges stop being posted to your Statement. Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum interest charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

* First, for each segment we take the beginning balance each day and add in new transactions and the periodic interest charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of the Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.



**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR) and then to balances with higher APRs. We apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)
**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at
P.O. Box 30285, Salt Lake City, UT 84130-0285.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You may notify us of any potential errors in writing. You may call us but if you notify us electronically, but if you do so we are not required to investigate any potential errors and you may lose some of your rights. In your letter, you must give us the following information about the possible error. While we investigate whether or not there has been an error, the following are true.

- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any amount of interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase.** If you are dissatisfied with the goods or services that you have purchased with your credit card and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2023 Capital One. Capital One is a federally registered service mark.

E TC-08 10/01/2020

Pay online at capitalone.com

Pay using the Capital One mobile app

Customer Service 1-800-227-4825

## Changing your mailing address?

You can change your address by signing into your account online or by calling Customer Service.

Any written request on this form will not be honored.

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account
2. Capital One Mobile Banking app for approved electronic devices
3. Calling the telephone number listed on the front of this statement and providing the required payment information
4. Sending mail payments to the address on the front of this statement with your payment coupon or your account information

**When will you Credit My Payment?**

- For mobile, online or over the phone: as of the business day we receive it as long as it is made **by 8 p.m. ET**
- For mail: as of the business day we receive it as long as it is received **by 5 p.m. local time** at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

(Exceptions2)  0624240193

**Capital**One®

P.O. Box 30277
Salt Lake City, UT 84130-0277

August 18, 2023

RIYAN WILLIAMS          000018469
3901 17TH ST NE         L107
WASHINGTON, DC 20018

Re: Account ending in 9038
Creditor: Capital One N.A.

Dear RIYAN WILLIAMS,

We are closing this account because activity on this or another account is not consistent with our expectations for account usage and violates the Capital One Customer Agreement.

Please stop using this account immediately and destroy any cards and checks associated with it. Also, you should update any recurring payments you have set up using this account, such as gym memberships, subscriptions to online streaming services, etc.

You are still responsible for paying the full amount of any remaining account balance and you'll continue to receive billing statements until the balance reaches zero.

Sincerely,

Capital One

## EQUAL CREDIT OPPORTUNITY ACT

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assitance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20006.

© 2023 Capital One. Capital One is a federally registered service mark.

(Exceptions2) 0624240194

Certified mail receipts and
tracking confirmation for
letters sent to Capital One
Bank N.A.

(Exceptions2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One

P.O Box 1330

Charlotte, NC 28201

9590 9402 7033 1225 3508 92

2. Article Number (Transfer from service label)

789 0710 5270 0647 1234 80

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 1 0 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C/o Capital One Funding, LLC

1600 Capital One Drive

Room 27901A

McLean, Va  22102

9590 9402 7033 1225 3502 58

2. Article Number (Transfer from service label)

0710 5270 0647 1234 97

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capitol   One

P.O. Box 1330

Charolotte, NC 28201

9590 9402 6858 1104 3875 84

2. Article Number (Transfer from service label)

0410 0000 8957 1990

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital One NA

P.O. Box 30256

Salt Lake City, UT
84130

9590 9402 7212 1284 9795 87

2. Article Number (Transfer from service label)

0710 5270 0699 5481 32

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 31 2023

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$ 4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage
$ 0.90

Total Postage and Fees
$

Sent To  c/o Capital One Funding, LLC
Street and Apt. No., or PO Box No.  1600 Capital One Drive
City, State, ZIP+4  McLean, VA 22102

PS Form 3800, January 2023

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Salt Lake City, UT 84130

Certified Mail Fee
$ 4.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$ 0.66

Total Postage and Fees
$ 8.56

Sent To  Capital One NA
Street and Apt. No., or PO Box No.  P.O. Box 30258
City, State, ZIP+4  Salt Lake City UT 84130

PS Form 3800, April 2015

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postmarked Here

Postage
$

Total Postage and Fees
$

Sent To  Cap One remittance Nsv
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2015

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Salt Lake City, UT 84130

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Sent To  Capital One
Street and Apt. No., or PO Box No.  P.O. Box 30278
City, State, ZIP+4  Salt Lake City UT 84130

PS Form 3800, January 2023

(Exceptions2)  0624240197





**(Exceptions2)  0624240198**

PO Box 9701
Allen, TX 75013


experian.™

RIYAN JOSHUA WILLIAMS
3901 17TH STREET NE
WASHINGTON DC  20018

# Your Dispute Results

Report # **3339-3339-91** for **Mar 28, 2024**



# Hi, Riyan Joshua. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

CAPITAL ONE
515676806049....
PLEASE CONTACT CREDIT GRANTOR AT -8002274825-

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to:  review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. **Verified and Updated** - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

**CAPITAL ONE** 515676806049.... Outcome: Updated - Information on this item has been updated.  Please review your report for the details.
**NAVY FEDERAL CR UNION** 4300153284.... Outcome: Updated - Information on this item has been updated.  Please review your report for the details.
**NAVY FEDERAL CR UNION** 4300153475.... Outcome: Updated - Information on this item has been updated.  Please review your report for the details.
**NAVY FEDERAL CR UNION** 4300156483.... Outcome: Updated - Information on this item has been updated.  Please review your report for the details.
**MONEYLION INC** LLI4382.... Outcome: Updated - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

(Exceptions2)  0624240199

## Dispute Results (Continued)

### Before Dispute

**CAPITAL ONE** Partial Acct # 515676806049....
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Status (Nov 2023)** Account charged off/Never late. $569 written off. $569 past due as of Feb 2024.

| | |
|---|---|
| **Date opened** May 2023 | **Terms** Not reported |
| **Address ID #** 0033826357 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $500 |
| **Responsibility** Individual | **High balance** $569 |

**Recent balance** $569 as of Feb 2024

This account is scheduled to continue on record until Jun 2030.

**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Comment:** Account closed at credit grantor's request.

Payment history: Jun 2023 - Feb 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | | | | | | | | | | |
| 2023 | | | | | | | OK | OK | OK | OK | ND | CO | CO |

**Account History:**

| | Jan24 | Dec23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|
| Account Balance | $569 | $569 | $529 | $491 | $529 | $491 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment | No Data | No Data | $42 | $25 | $43 | $25 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data |

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Jan 2024 - Dec 2023
Account closed at credit grantor's request.| Jan 2024 - Dec 2023

### After Dispute

**CAPITAL ONE** Partial Acct # 515676806049....
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Status (Oct 2023)** Account charged off/Never late. $569 written off. $569 past due as of Mar 2024.

| | |
|---|---|
| **Date opened** May 2023 | **Terms** Not reported |
| **Address ID #** 0033826357 | **Monthly payment** Not reported |
| **Type** Credit card | **Credit limit or original amount** $500 |
| **Responsibility** Individual | **High balance** $569 |

**Recent balance** $569 as of Mar 2024

This account is scheduled to continue on record until Jun 2030.

**Comment** Account previously in dispute - investigation complete, reported by data furnisher

**Comment:** Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Mar 2024.

Payment history: Jun 2023 - Mar 2024

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | | | | | | | | | |
| 2023 | | | | | | | OK | OK | OK | OK | CO | CO | CO |

**Account History:**

| | Jan24 | Dec23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|
| Account Balance | $569 | $569 | $529 | $491 | $529 | $491 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment | No Data | No Data | $42 | $25 | $43 | $25 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data |

### Before Dispute

**NAVY FEDERAL CR UNION** Partial Acct # 4300153284....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (Jan 2019)** Paid, Closed.

| | |
|---|---|
| **Date opened** Dec 2018 | **Terms** 72 Months |
| **Address ID #** 0337120908 | **Monthly payment** Not reported |
| **Type** Auto Loan | **Credit limit or original amount** $30,299 |
| **Responsibility** Individual | **High balance** Not reported |
| | **Recent payment** $27,471 as of 01/25/2019 |

**Recent balance** Not reported

This account is scheduled to continue on record until Jan 2029.

**Comment** Completed investigation of FCRA dispute - consumer disagrees.

This item was updated from our processing of your dispute in Dec 2023.

Payment history: Jan 2019 - Jan 2019

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CLS | | | | | | | | | | | |

**(Exceptions2)  0624240200**

### Dispute Results (Continued)

#### After Dispute

**NAVY FEDERAL CR UNION** Partial Acct # 4300153284....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

Status (Jan 2019) Paid, Closed.

| Date opened | Terms | Recent balance | Payment history: Jan 2019 - Jan 2019 |
|---|---|---|---|
| Dec 2018 | 72 Months | Not reported | |

**Address ID #** 0337120908

**Monthly payment** Not reported

**Recent balance** Not reported
This account is scheduled to continue on record until Jan 2029.

**Payment history: Jan 2019 - Jan 2019**

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | CLS | | | | | | | | | | | |

**Type** Auto Loan

**Credit limit or original amount** $30,299

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

**Responsibility** Individual

**High balance** Not reported

This item was updated from our processing of your dispute in Mar 2024.

**Recent payment** $27,471 as of 01/25/2019

#### Before Dispute

**NAVY FEDERAL CR UNION** Partial Acct # 4300153475....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

Status (Oct 2021) Paid, Closed.

**Date opened** Feb 2019

**Terms** 79 Months

**Address ID #** 0337120908

**Monthly payment** Not reported

**Recent balance** Not reported

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

**Type** Auto Loan

**Credit limit or original amount** $29,157

This item was updated from our processing of your dispute in Dec 2023.

**Responsibility** Individual

**High balance** Not reported

**Recent payment** $4,666 as of 10/28/2021

**Payment history: Mar 2019 - Oct 2021**

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | CLS | | |
| 2020 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2019 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

#### After Dispute

**NAVY FEDERAL CR UNION** Partial Acct # 4300153475....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

Status (Oct 2021) Paid, Closed.

**Date opened** Feb 2019

**Terms** 79 Months

**Address ID #** 0337120908

**Monthly payment** Not reported

**Recent balance** Not reported

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

**Type** Auto Loan

**Credit limit or original amount** $29,157

This item was updated from our processing of your dispute in Mar 2024.

**Responsibility** Individual

**High balance** Not reported

**Recent payment** $4,666 as of 10/28/2021

**Payment history: Mar 2019 - Oct 2021**

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | CLS | | |
| 2020 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2019 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**(Exceptions2)  0624240201**

## Dispute Results (Continued)

### Before Dispute

**NAVY FEDERAL CR UNION** Partial Acct # 4300156483....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

Status (May 2023) Paid, Closed/Never late.

| Date opened | Terms | Recent balance | Payment history: Nov 2021 - May 2023 |
|---|---|---|---|
| Oct 2021 | 19 Months | Not reported | |

| | |
|---|---|
| Address ID # 0899999909 | Monthly payment Not reported | This account is scheduled to continue on record until May 2033. |
| Type Unsecured | Credit limit or original amount $4,666 | Comment Completed investigation of FCRA dispute - consumer disagrees. |
| Responsibility Individual | High balance Not reported | |

Payment history: Nov 2021 - May 2023

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | OK  | OK  | OK  | OK  | CLS |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |  2022 In Good Standing |
| 2021 |     |     |     |     |     |     |     |     |     |     | OK  | OK  |

**Recent payment** $315 as of 05/31/2023

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $315 | $575 | $835 | $1,095 | $1,354 | $1,602 | $1,872 | $2,091 | $2,391 | $2,909 | $2,909 | $3,399 | $3,658 | $3,658 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 |
| Actual Amount Paid | $260 | $260 | $260 | $259 | $248 | $270 | $218 | $300 | $518 | No Data | $518 | $259 | No Data | $259 |

*The original amount of this account was $4,666*

### After Dispute

**NAVY FEDERAL CR UNION** Partial Acct # 4300156483....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

Status (May 2023) Paid, Closed/Never late.

| Date opened | Terms | Recent balance |
|---|---|---|
| Oct 2021 | 19 Months | Not reported |
| Address ID # 0899999909 | Monthly payment Not reported | This account is scheduled to continue on record until May 2033. |
| Type Unsecured | Credit limit or original amount $4,666 | Comment Completed investigation of FCRA dispute - consumer disagrees. |
| Responsibility Individual | High balance Not reported | |
| | Recent payment $315 as of 05/31/2023 | This item was updated from our processing of your dispute in Mar 2024. |

Payment history: Nov 2021 - May 2023

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | OK  | OK  | OK  | OK  | CLS |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |  2022 In Good Standing |
| 2021 |     |     |     |     |     |     |     |     |     |     | OK  | OK  |

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $315 | $575 | $835 | $1,095 | $1,354 | $1,602 | $1,872 | $2,091 | $2,391 | $2,909 | $2,909 | $3,399 | $3,658 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 |
| Actual Amount Paid | $260 | $260 | $260 | $259 | $248 | $270 | $218 | $300 | $518 | No Data | $518 | $259 | No Data |

*The original amount of this account was $4,666*

### Before Dispute

**MONEYLION INC** Partial Acct # LLI4382....
PO BOX 1547 SANDY UT 84091; (888) 704 6970

Status (Dec 2022) Paid, Closed. $306 written off.

| Date opened | Terms | Recent balance |
|---|---|---|
| Feb 2022 | 11 Months | Not reported |
| Address ID # 0337120908 | Monthly payment Not reported | This item was updated from our processing of your dispute in Nov 2023. |
| Type Secured Loan | Credit limit or original amount $500 | |
| Responsibility Individual | High balance Not reported | |

Payment history: Mar 2022 - Dec 2022

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     | OK  | OK  | OK  | OK  | OK  | OK  | 30  | 60  | CO  | CO  |

---

1024585687     **RIYAN JOSHUA WILLIAMS** Report # **3339-3339-91** for **03/28/24**     page 4 of 12

**(Exceptions2)  0624240202**

### Dispute Results (Continued)

| | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 | Mar22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $336 | $329 | $321 | $314 | $307 | $347 | $433 | $423 | $460 |
| Date Payment Received | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 05.31.22 | 03.31.22 | 03.31.22 | 02.28.22 |
| Scheduled Payment Amount | No Data | $48 | $48 | $48 | $48 | $48 | $48 | $48 | $48 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $48 | $96 | No Data | $48 | $48 |

*The original amount of this account was $500*

### After Dispute

**MONEYLION INC** Partial Acct # LLI4382....
PO BOX 1547 SANDY UT 84091; (888) 704 6970

Status (Dec 2022) Paid, Closed. $306 written off.

| | | |
|---|---|---|
| **Date opened**<br>Feb 2022 | **Terms**<br>11 Months | **Recent balance**<br>Not reported |
| **Address ID #**<br>0337120908 | **Monthly payment**<br>Not reported | This item was updated from our processing of your dispute in Mar 2024. |
| **Type**<br>Secured Loan | **Credit limit or original amount**<br>$500 | |
| **Responsibility**<br>Individual | **High balance**<br>Not reported | |

**Payment history: Mar 2022 - Dec 2022**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | OK | OK | OK | OK | OK | OK | 30 | 60 | CO | CO |

| | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $336 | $329 | $321 | $314 | $307 | $347 | $433 | $423 |
| Date Payment Received | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 05.31.22 | 03.31.22 | 03.31.22 |
| Scheduled Payment Amount | No Data | $48 | $48 | $48 | $48 | $48 | $48 | $48 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $48 | $96 | No Data | $48 |

*The original amount of this account was $500*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law. we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. Cancer Center) that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| **OK** Current / Terms met | **150** Past due 150 Days | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Past due 30 Days | **180** Past due 180 Days | **R** Repossession | **C** Collection |
| **60** Past due 60 Days | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Past due 90 Days | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Past due 120 Days | **F** Foreclosure | **G** Claim filed with government | **ND** No data for this period |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**(Exceptions2)  0624240203**

## Dispute Results (Continued)
### Your Potentially Negative Account Activity (Continued)

---

**CAPITAL ONE** Partial Acct # 515676806049....
PO BOX 31293 SALT LAKE CITY UT 84131; (800) 955 7070

**Status** (Oct 2023) Account charged off/Never late. $569 written off. $569 past due as of Mar 2024.

| | |
|---|---|
| **Date opened** | **Terms** |
| May 2023 | Not reported |
| **Address ID #** | **Monthly payment** |
| 0033826357 | Not reported |
| **Type** | **Credit limit or** |
| Credit card | **original amount** |
| **Responsibility** | $500 |
| Individual | **High balance** |
| | $569 |

**Recent balance**
$569 as of Mar 2024

This account is scheduled to continue on record until Jun 2030.

**Comment**
Account previously in dispute - investigation complete, reported by data furnisher

**Comment:**
Account closed at credit grantor's request.

This item was updated from our processing of your dispute in Mar 2024.

**Payment history:** Jun 2023 - Mar 2024

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | CO | CO | CO | | | | | | | | | |
| 2023 | | | | | | | OK | OK | OK | OK | CO | CO | CO |

| | Jan24 | Dec23 | Sep23 | Aug23 | Jul23 | Jun23 |
|---|---|---|---|---|---|---|
| Account Balance | $569 | $569 | $529 | $491 | $529 | $491 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment | No Data | No Data | $42 | $25 | $43 | $25 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data |

Between Jun 2023 and Jan 2024, your credit limit/high balance was $500.

---

**MONEYLION INC** Partial Acct # LLI4382....
PO BOX 1547 SANDY UT 84091; (888) 704 6970

**Status** (Dec 2022) Paid, Closed. $306 written off.

| | |
|---|---|
| **Date opened** | **Terms** |
| Feb 2022 | 11 Months |
| **Address ID #** | **Monthly payment** |
| 0337120908 | Not reported |
| **Type** | **Credit limit or** |
| Secured Loan | **original amount** |
| **Responsibility** | $500 |
| Individual | **High balance** |
| | Not reported |

**Recent balance**
Not reported

This item was updated from our processing of your dispute in Mar 2024.

**Payment history:** Mar 2022 - Dec 2022

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | OK | OK | OK | OK | OK | OK | 30 | 60 | CO | CO |

| | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $336 | $329 | $321 | $314 | $307 | $347 | $433 | $423 |
| Date Payment Received | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 06.30.22 | 05.31.22 | 03.31.22 | 03.31.22 |
| Scheduled Payment Amount | No Data | $48 | $48 | $48 | $48 | $48 | $48 | $48 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | $48 | $96 | No Data | $48 |

The original amount of this account was $500

---

**NAVY FEDERAL CR UNION** Partial Acct # 4300153475....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status** (Oct 2021) Paid, Closed.

| | |
|---|---|
| **Date opened** | **Terms** |
| Feb 2019 | 79 Months |
| **Address ID #** | **Monthly payment** |
| 0337120908 | Not reported |
| **Type** | **Credit limit or** |
| Auto Loan | **original amount** |
| **Responsibility** | $29,157 |
| Individual | **High balance** |
| | Not reported |

**Recent payment**
$4,666 as of
10/28/2021

**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

This item was updated from our processing of your dispute in Mar 2024.

**Payment history:** Mar 2019 - Oct 2021

|  | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | CLS | | |
| 2020 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| 2019 | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**(Exceptions2)  0624240204**

**Dispute Results** (Continued)

#  Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

✔ Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**AFFIRM INC** Partial Acct # FUJE....
650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108; (855) 423 3729

**Status (Jan 2022)** Paid, Closed/Never late.

| | |
|---|---|
| **Type** Unsecured | **Date opened** Jul 2021 |
| **Terms** 6 Months | **Monthly payment** Not reported |

**Address ID #** 0337120908

**Credit limit or original amount** $100

**Recent balance** Not reported

**Responsibility** Individual
This account is scheduled to continue on record until Jan 2032.

**High balance** Not reported

---

**ARLINGTON COMMUNITY FCU** Partial Acct # 9117205....
2130 N GLEBE RD ARLINGTON VA 22207; (703) 526 0200

**Status (Mar 2024)** Open/Never late.

| | |
|---|---|
| **Type** Unsecured | **Date opened** Jan 2024 |
| **Terms** 24 Months | **Monthly payment** $166 |

**Address ID #** 0978852314

**High balance** Not reported

**Credit limit or original amount** $3,500

**Recent payment** $166 as of 03/01/2024

**Recent balance** $3,380 as of Mar 2024

**Responsibility** Individual

| | Feb24 | Jan24 |
|---|---|---|
| **Account Balance** | $3,504 | $3,500 |
| **Date Payment Received** | No Data | No Data |
| **Scheduled Payment Amount** | $166 | $166 |
| **Actual Amount Paid** | No Data | No Data |

The original amount of this account was $3,500

---

**BMW FINANCIAL SERVICES/CREDIT** Partial Acct # 100249....
PO BOX 3608 DUBLIN OH 43016; (800) 578 5000

**Status (Oct 2018)** Paid, Closed/Never late.

| | |
|---|---|
| **Type** Auto Loan | **Date opened** Aug 2016 |
| **Terms** 60 Months | **Monthly payment** Not reported |

**Address ID #** 0337120908

**High balance** Not reported

**Credit limit or original amount** $21,878

**Recent balance** Not reported

**Comment:** Paid through insurance.

**Responsibility** Individual
This account is scheduled to continue on record until Oct 2028.

---

**GEORGETOWN UNIVERSITY** Partial Acct # 47702D10CD83PER2....
37& O ST NW WASHINGTON DC 20001; (202) 687 0100

**Status (Mar 2024)** Open/Never late.

| | |
|---|---|
| **Type** Education | **Date opened** Aug 2014 |
| **Terms** 120 Months | **Monthly payment** $55 |

**Address ID #** 0233104617

**High balance** Not reported

**Credit limit or original amount** $5,225

**Recent payment** $60 as of 02/12/2024

**Recent balance** $2,134 as of Mar 2024

**Responsibility** Individual

| | Feb24 | Dec23 | Dec23 | Nov23 | Sep23 | Sep23 | Aug23 | Jul23 | Jun23 | Apr23 | Apr23 | Mar23 | Feb23 | Dec22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $2,185 | $2,236 | $2,286 | $2,337 | $2,387 | $2,437 | $2,487 | $2,537 | $2,586 | $2,636 | $2,685 | $2,734 | $2,782 | $2,831 |
| **Date Payment Received** | 01.10.24 | 12.11.23 | 11.10.23 | 10.10.23 | 09.11.23 | 08.10.23 | 07.10.23 | 06.12.23 | 05.10.23 | 04.10.23 | 03.10.23 | 02.10.23 | 01.10.23 | 12.12.22 |
| **Scheduled Payment Amount** | $55 | $55 | $55 | $55 | $55 | $55 | $55 | $55 | $55 | $55 | $55 | $60 | $60 | $60 |
| **Actual Amount Paid** | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 |

---

**(Exceptions2)  0624240205**

## Dispute Results (Continued)
### Your Positive Account Activity (Continued)

| | Dec22 | Nov22 | Oct22 | Sep22 | Jul22 | Jul22 | Jun22 | Apr22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,879 | $2,927 | $2,975 | $3,022 | $3,070 | $3,117 | $3,164 | $3,211 | $3,258 |
| Date Payment Received | 11.10.22 | 10.10.22 | 09.12.22 | 08.10.22 | 07.11.22 | 06.10.22 | 05.10.22 | 04.11.22 | 03.10.22 |
| Scheduled Payment Amount | $55 | $55 | $55 | $55 | $55 | $55 | $55 | $55 | $55 |
| Actual Amount Paid | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 | $60 |

*The original amount of this account was $5,225*

---

### NAVY FEDERAL CR UNION Partial Acct # 4300153284....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (Jan 2019)** Paid, Closed.

| | | |
|---|---|---|
| **Type** Auto Loan | **Date opened** Dec 2018 | **Address ID #** 0337120908 |
| **Terms** 72 Months | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount**
$30,299
**Recent payment**
$27,471 as of 01/25/2019

**Recent balance**
Not reported
**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

**Responsibility**
Individual
This account is scheduled to continue on record until Jan 2029.

This item was updated from our processing of your dispute in Mar 2024.

---

### NAVY FEDERAL CR UNION Partial Acct # 4300156483....
PO BOX 3700 MERRIFIELD VA 22119; (888) 842 6328

**Status (May 2023)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Unsecured | **Date opened** Oct 2021 | **Address ID #** 0899999909 |
| **Terms** 19 Months | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount**
$4,666
**Recent payment**
$315 as of 05/31/2023

**Recent balance**
Not reported
**Comment**
Completed investigation of FCRA dispute - consumer disagrees.

**Responsibility**
Individual
This account is scheduled to continue on record until May 2033.

This item was updated from our processing of your dispute in Mar 2024.

| | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Aug22 | Jul22 | Jun22 | May22 | Apr22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $315 | $575 | $835 | $1,095 | $1,354 | $1,602 | $1,872 | $2,091 | $2,391 | $2,909 | $2,909 | $3,399 | $3,658 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 | $259 |
| Actual Amount Paid | $260 | $260 | $260 | $259 | $248 | $270 | $218 | $300 | $518 | No Data | $518 | $259 | No Data |

*The original amount of this account was $4,666*

---

### PENTAGON FEDERAL CR UN Partial Acct # 3377767....
PO BOX 1432 ALEXANDRIA VA 22313; (703) 838 1000

**Status (Aug 2023)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Unsecured | **Date opened** Jul 2022 | **Address ID #** 0033826357 |
| **Terms** 12 Months | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount**
$2,000

**Recent balance**
Not reported

**Responsibility**
Signer with
KATHY  WILLIAMS
This account is scheduled to continue on record until Aug 2033.

| | Jul23 |
|---|---|
| Account Balance | $170 |
| Date Payment Received | 06.16.23 |
| Scheduled Payment Amount | $170 |
| Actual Amount Paid | No Data |

*The original amount of this account was $2,000*

---

### PENTAGON FEDERAL CR UN Partial Acct # 3377767....
PO BOX 1432 ALEXANDRIA VA 22313; (703) 838 1000

**Status (Jun 2023)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Unsecured | **Date opened** Jul 2022 | **Address ID #** 0033826357 |
| **Terms** 12 Months | **Monthly payment** Not reported | **High balance** Not reported |

**Credit limit or original amount**
$2,000

**Recent balance**
Not reported

**Responsibility**
Signer with
KATHY  WILLIAMS
This account is scheduled to continue on record until Jun 2033.

**(Exceptions2)  0624240206**

### Dispute Results (Continued)
#### Your Positive Account Activity (Continued)

|  | May23 | Apr23 | Mar23 | Feb23 | Jan23 | Dec22 | Nov22 | Oct22 | Sep22 | Jul22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $318 | $514 | $618 | $811 | $1,005 | $1,154 | $1,337 | $1,693 | $1,853 | $2,000 |
| Date Payment Received | 05.23.23 | 04.26.23 | 03.24.23 | 02.23.23 | 01.31.23 | 12.15.22 | 10.31.22 | 09.29.22 | 08.31.22 | No Data |
| Scheduled Payment Amount | $176 | $176 | $176 | $176 | $176 | $176 | $176 | $176 | $176 | $176 |
| Actual Amount Paid | $200 | $110 | $200 | $200 | $194 | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $2,000*

---

**SYNCB/CAR CARE SYN CAR C** Partial Acct # 650159120352....      **Status (Jun 2017)** Paid, Closed/Never late.
PO BOX 965036 ORLANDO FL 32896; (866) 657 0376

| Type | Date opened | Address ID # | Credit limit or original | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Charge Card | Oct 2015 | 0337120908 | amount | Not reported | Joint with |
| | | | $500 | | REGINALD  WILLIAMS  Jr |
| **Terms** | **Monthly payment** | **High balance** | | **Comment:** | |
| Not reported | Not reported | $1,198 | | Account closed at credit grantor's request. | This account is scheduled to continue on record until Jun 2027. |

This item was updated from our processing of your dispute in Jul 2020.

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

> ⚠ Hard inquiries may stay on your report up to two years.

**FIRST TECH FCU** PO BOX 2100 BEAVERTON OR 97076 (855) 855 8805      **Jan 14, 2024**

REASON: Credit Granting.
DURATION: This inquiry is scheduled to continue on record until Feb 2026.

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117      **May 23, 2023**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jun 2025.

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825      **May 22, 2023**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jun 2025.

**PENTAGON FEDERAL CR UN** 2930 EISENHOWER AVE ALEXANDRIA VA 22314 (703) 838 1518      **Jul 06, 2022**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Aug 2024.

**DISCOVER FINANCIAL SERVI** 12 READS WAY NEW CASTLE DE 19720 (800) 347 2683      **May 18, 2022**

REASON: Unspecified.
DURATION: This inquiry is scheduled to continue on record until Jun 2024.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

(Exceptions2) 0624240207

## Dispute Results (Continued)

### Who Has Viewed Your Consumer Information (Continued)

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 INQUIRY DATES: 04.02.24 | 04.01.24 | 03.30.24 | 03.27.24 | 03.26.24 | 03.24.24 | 03.23.24 | 03.20.24 | 03.18.24 | 03.16.24 | 03.15.24 | 03.14.24 | 03.10.24 | 03.09.24 | 03.07.24 | 03.05.24 | 03.04.24 | 03.02.24 | 02.18.24 | 02.17.24 | 02.15.24 | 02.14.24 | 02.10.24 | 02.09.24 | 02.08.24 | 02.06.24 | 02.05.24 | 02.03.24 | 02.02.24 | 02.01.24 | 01.21.24 | 01.20.24 | 01.17.24 | 01.15.24 | 01.14.24 | 01.11.24 | 01.10.24 |

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 04.01.24 | 03.31.24 | 03.30.24 | 03.29.24 | 03.28.24 | 03.27.24 | 03.26.24 | 03.25.24 | 03.24.24 | 03.23.24 | 03.22.24 | 03.21.24 | 03.20.24 | 03.19.24 | 03.18.24 | 03.17.24 | 03.16.24 | 03.15.24 | 03.14.24 | 03.13.24 | 03.12.24 | 03.11.24 | 03.10.24 | 03.09.24 | 03.08.24 | 03.07.24 | 03.06.24 | 03.05.24 | 03.04.24 | 03.03.24 | 03.02.24 | 03.01.24 | 02.29.24 | 02.28.24 | 02.27.24 | 02.26.24 | 02.25.24 | 02.24.24 | 02.23.24 | 02.22.24 | 02.21.24 | 02.20.24 | 02.19.24 | 02.18.24 | 02.17.24 | 02.16.24 | 02.15.24 | 02.14.24 | 02.13.24 | 02.12.24 | 02.11.24 | 02.10.24 | 02.09.24 | 02.08.24 | 02.07.24 | 02.06.24 | 02.05.24 | 02.04.24 | 02.03.24 | 02.02.24 | 02.01.24 | 01.31.24 | 01.30.24 | 01.29.24 | 01.28.24 | 01.27.24 | 01.26.24 | 01.25.24 | 01.24.24 | 01.23.24 | 01.22.24 | 01.21.24 | 01.20.24 | 01.19.24 | 01.18.24 | 01.17.24 | 01.16.24 | 01.15.24 | 01.14.24 | 01.13.24 | 01.12.24 | 01.11.24 | 01.10.24 | 01.09.24 | 01.08.24 | 01.07.24 | 01.06.24 | 01.05.24 | 01.04.24 | 01.03.24 | 01.02.24 | 01.01.24 | 12.31.23 | 12.30.23 | 12.29.23 | 12.28.23 | 12.27.23 | 12.26.23 | 12.25.23 | 12.24.23 | 12.23.23 | 12.22.23 | 12.21.23 | 12.20.23 | 12.19.23 | 12.18.23 | 12.17.23 | 12.16.23 | 12.15.23 | 12.14.23 | 12.13.23 | 12.12.23 | 12.11.23 | 12.10.23 | 12.08.23 | 12.07.23 | 12.06.23 | 12.05.23 | 12.04.23 | 12.03.23 | 12.02.23 | 12.01.23 | 11.30.23 | 11.29.23 | 11.28.23 | 11.27.23 | 11.26.23 | 11.25.23 | 11.24.23 | 11.23.23 | 11.22.23 | 11.21.23 | 11.20.23 | 11.19.23 | 11.18.23 | 11.17.23 | 11.16.23 | 11.15.23 | 11.14.23 | 11.13.23 | 11.12.23 |

CREDIT KARMA 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 03.30.24 | 03.27.24 | 03.23.24 | 03.20.24 | 03.16.24 | 03.13.24 | 03.09.24 | 03.06.24 | 03.02.24 | 02.28.24 | 02.24.24 | 02.21.24 | 02.17.24 | 02.14.24 | 02.10.24 | 02.07.24 | 02.03.24 | 01.31.24 | 01.27.24 | 01.24.24 | 01.20.24 | 01.17.24 | 01.13.24 | 01.10.24 | 01.06.24 | 01.03.24 | 12.30.23 | 12.27.23 | 12.23.23 | 12.20.23 | 12.16.23 | 12.13.23 | 12.09.23 | 12.06.23 | 12.02.23 | 11.29.23 | 11.25.23 | 11.22.23 | 11.18.23 | 11.15.23 | 11.11.23 | 11.08.23 | 11.04.23 | 11.01.23 | 10.28.23 | 10.25.23 | 10.21.23 | 10.18.23 | 10.14.23 | 10.11.23 | 10.07.23 | 10.04.23 | 09.30.23 | 09.27.23 | 09.23.23 | 09.20.23 | 09.16.23 | 09.13.23 | 09.09.23 | 09.06.23 | 09.02.23 | 08.30.23 | 08.26.23 | 08.23.23 | 08.19.23 | 08.16.23 | 08.12.23 | 08.09.23 | 08.05.23 | 08.02.23 | 07.29.23 | 07.26.23 | 07.22.23 | 07.19.23 | 07.12.23 | 07.08.23 | 07.05.23 | 07.01.23 | 06.28.23 | 06.24.23 | 06.21.23 | 06.17.23 | 06.14.23 | 06.10.23 | 06.07.23 | 06.03.23 | 05.31.23 | 05.27.23 | 05.24.23 | 05.20.23 | 05.17.23 | 05.13.23 | 05.10.23 | 05.06.23 | 05.03.23 | 04.29.23 | 04.26.23 | 04.22.23 | 04.19.23 | 04.15.23 | 04.12.23 | 04.08.23 | 04.05.23 |

EXPERIAN CREDITMATCH 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 03.25.24 | 03.23.24 | 03.22.24 | 03.08.24 | 03.06.24 | 02.05.24 | 01.14.24 | 12.14.23 | 12.04.23 | 12.01.23 | 11.23.23 | 11.22.23 | 11.21.23 | 11.20.23 | 11.15.23 | 11.12.23 | 11.04.23 | 10.30.23 | 10.11.23 | 10.06.23 | 10.02.23 | 09.26.23 | 09.23.23 | 09.22.23 | 09.20.23 | 09.17.23 | 09.09.23 | 09.02.23 | 09.01.23 | 08.30.23 | 08.28.23 | 08.26.23 | 07.12.23 | 07.05.23 | 06.21.23 | 06.16.23 | 06.14.23 | 06.06.23 | 06.05.23 | 06.04.23 | 05.23.23 | 05.21.23 | 05.18.23 | 05.15.23 | 05.12.23 | 05.09.23 | 05.01.23 | 04.22.23 | 04.16.23 |

GLOBAL LEND/CAP1/DEFI 1200 BROOKFIELD BLVD STE 300 GREENVILLE SC 29607 No phone # available INQUIRY DATES: 03.17.24 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 INQUIRY DATES: 03.16.24 | 03.09.24 | 03.06.24 | 03.02.24 | 02.24.24 | 02.17.24 | 02.10.24 | 02.05.24 | 02.03.24 | 01.27.24 | 01.20.24 | 01.14.24 | 01.13.24 | 01.06.24 | 12.30.23 | 12.23.23 | 12.16.23 | 12.14.23 | 12.09.23 | 12.02.23 | 12.01.23 | 11.25.23 | 11.23.23 | 11.21.23 | 11.18.23 | 11.15.23 | 11.12.23 | 11.11.23 | 11.04.23 | 11.04.23 | 10.30.23 | 10.28.23 | 10.21.23 | 10.14.23 | 10.11.23 | 10.07.23 | 10.06.23 | 10.02.23 | 09.30.23 | 09.23.23 | 09.23.23 | 09.22.23 | 09.20.23 | 09.16.23 | 09.09.23 | 09.02.23 | 09.01.23 | 08.26.23 | 08.19.23 | 08.15.23 | 08.12.23 | 08.08.23 | 07.31.23 | 07.30.23 | 07.29.23 | 07.15.23 | 07.12.23 | 07.05.23 | 07.01.23 | 06.21.23 | 06.17.23 | 06.16.23 | 06.14.23 | 06.06.23 | 06.05.23 | 06.04.23 | 06.03.23 | 05.23.23 | 05.21.23 | 05.20.23 | 05.15.23 | 05.14.23 | 05.09.23 | 05.07.23 | 05.01.23 | 04.30.23 | 04.24.23 | 04.16.23 | 04.09.23 |

EXPERIAN PO BOX 9600 ALLEN TX 75013 (800) 311 4769 INQUIRY DATES: 02.05.24 | 01.14.24 | 12.14.23 | 12.14.23 | 11.19.23 | 11.15.23 | 11.15.23 | 11.10.23 | 11.01.23 | 10.30.23 | 10.11.23 | 10.11.23 | 10.11.23 | 10.04.23 | 09.22.23 | 09.19.23 | 09.03.23 | 09.03.23 | 06.16.23 | 06.05.23 | 05.25.23 | 05.12.23 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 02.01.24 | 01.14.24 | 11.22.23 | 09.22.23 | 09.20.23 | 08.23.23 | 07.29.23 | 07.23.23 | 07.14.23 | 06.22.23 | 06.10.23 | 05.23.23 | 05.22.23 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 01.15.24 |

CREDIT KARMA INC 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 01.24.24 | 05.23.23 | 05.22.23 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 01.14.24 |

EXPERIAN 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 01.14.24 |

FIC/PENTAGON FCU 7940 JONES BRANCH DR MC LEAN VA 22102 No phone # available INQUIRY DATES: 01.14.24 | 08.16.23 |

FIRST TECH FEDERAL CREDI 2702 ORCHARD PKWY SAN JOSE CA 95134 (855) 855 8805 INQUIRY DATES: 01.14.24 |

FIRST TECHNOLOGY FCU 5100 NE DAWSON CREEK DR HILLSBORO OR 97124 No phone # available INQUIRY DATES: 01.14.24 |

FIRST TECHNOLOGY FCU 5100 NE DAWSON CREEK DR HILLSBORO OR 97124 No phone # available INQUIRY DATES: 01.14.24 |

AFFIRM 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 INQUIRY DATES: 01.13.24 |

CAPITAL ONE 15000 CAPITAL ONE DR RICHMOND VA 23238 No phone # available INQUIRY DATES: 12.12.23 |

APPLE FINANCING LLC 12545 RIATA VISTA CIR AUSTIN TX 78727 (775) 393 3014 INQUIRY DATES: 12.04.23 |

AMERICAN EXPRESS 200 VESEY ST NEW YORK NY 10285 No phone # available INQUIRY DATES: 11.10.23 | 05.17.23 |

EXPERIAN 701 EXPERIAN PKWY ALLEN TX 75013 (972) 390 3000 INQUIRY DATES: 10.06.23 | 09.14.23 |

EXPERIAN PO BOX 2002 ALLEN TX 75013 (888) 397 3742 INQUIRY DATES: 09.27.23 |

UNITED STATES CITIZENSHI 111 MASSACHUSETTS AVE NW WASHINGTON DC 20529 No phone # available INQUIRY DATES: 08.28.23 |

MYFICO CONSUMER SERVICES 18 METRO DR STE 600 SAN JOSE CA 95110 No phone # available INQUIRY DATES: 08.14.23 |

MYFICO CONSUMER SERVICES 181 METRO DR STE 600 SAN JOSE CA 95110 No phone # available INQUIRY DATES: 08.14.23 |

EDC/ALLIANCE RESIDENTIAL PO BOX 26 ALLEN TX 75013 (877) 704 4519 INQUIRY DATES: 08.02.23 |

**(Exceptions2)  0624240208**

**Dispute Results** (Continued)

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---|
| RIYAN WILLIAMS | Name ID #: 3400 |
| RIYAN J WILLIAMS | Name ID #: 1772 |
| RIYAN JOSHUA WILLIAMS | Name ID #: 29613 |

**ADDRESSES**

| | |
|---|---|
| 2111 RICHMOND HWY UNIT 1120<br>ARLINGTON VA 22202-3137 | Geo Code: 0-10340220-13-8840<br>Address ID #: 0978852314 Address Type: Multifamily |
| 3901 17TH NE ST<br>WASHINGTON DC 20018-2309 | Geo Code: 0-950320- 1-8840<br>Address ID #: 0033826357 Address Type: Single family |
| 12110 DUNLEIGH CT<br>DUNKIRK MD 20754-2306 | Geo Code: 0-86010210- 9-9160<br>Address ID #: 0337120908 Address Type: Single family |
| 201 I SW ST APT501<br>WASHINGTON DC 20024-4224 | Geo Code: 0-600110- 1-8840<br>Address ID #: 0233104617 Address Type: Apartment complex |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1994

**TELEPHONE NUMBERS**

| | |
|---|---|
| 240 621-4096 | Residential |
| 443 534-2168 | Cellular |

**FORMER OR CURRENT EMPLOYERS**

GEORGETOWN UNIVERSITY: HOWARD UNIVERSITY

**(Exceptions2)** 0624240209

THIS PAGE INTENTIONALLY LEFT BLANK

9589 0710 5270 0699 5327 97

*Retail*    

UNITED STATES
POSTAL SERVICE®

RDC 99

22102

U.S. POSTAGE PAID
FCM LG ENV
WASHINGTON, DC 20066
JUN 20, 2024

**$12.32**

S2324K502621-33

**TO:**

Capital One Bank

1680 Capital One Drive

McLean, VA 22102

ailer
x 16"

Ready P o s