Exhibit A: Capital One Bank N.A.'s Billing Rrights Summary

Exhibit A: Capital One Bank N.A.'s Billing Rrights Summary



(Does not apply to small business accounts)

# What to do if you think you find a mistake on your statement

If you think there is an error on your statement, write to us at:
Capital One
Attn: Disputes
PO Box 30279
Salt Lake City, UT 84130-0279

In your letter, give us the following information:

- <u>Account information</u>: Your name and account number.
- <u>Dollar amount</u>: The dollar amount of the suspected error.
- <u>Description of Problem</u>: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors **in writing**. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees relatedto that amount.

Exhibit B: Riyan Williams' Affidavit

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Riyan Williams, | ) | |
| 3901 17th St. NE | ) | |
| Washington, DC 20018 | ) | |
| (443) 534-2168 | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE BANK N.A, | ) | |
| 1680 Capital One Dr. | | |
| McLean, VA 22102 | ) | CASE NO. 1:24-cv-02032 |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## RIYAN WILLIAMS' AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS CAPITAL ONE BANK N.A.,'S MOTION TO DISMISS

I, Riyan Williams, am over the age of eighteen (18) years, and am competent to testify to the matters stated herein. My address is 3901 17th St NE, Washington DC, 20018.

**Purpose:**

This affidavit is made in support of Plaintiff's response to Defendant CAPITAL ONE BANK N.A.,'s Motion to Dismiss.

**Personal Knowledge:**

I have personal knowledge of the facts and circumstances described in this affidavit and am competent to testify to those facts.

**Statement of Facts:**

1. On or about August 2023, I received an adverse action letter from Capital One Bank concerning the credit account I had been utilizing with them.

2. In this letter, Capital One notified me that it was closing the account because "the activity in this or another account is not consistent with our expectations for account usage and violates the Capital One Customer Agreement."

3. This letter was vague, and as I only maintain one account with Capital One, I did not understand how activity on another account could cause my account to be closed, nor was I aware of any violation of their customer agreement.

4. This prompted me to write to Capital One Bank to request the nature of this letter and dispute its contents.

5. I typed up a letter and sent it via certified mail to Capital One at Attn: Disputes, PO Box 30279, Salt Lake City, UT 84130-0279.

6. The letter I sent contained my account information, including my name and account number, the dollar amount of the suspected error, and a description of the problem, explaining what I believed was wrong and why I believed it was a mistake.

7. This letter was sent within 60 days after the error appeared.

8. To this day, Capital One has neither responded to this letter nor any of the subsequent dispute letters I sent attempting to resolve the errors and understand why the account was closed.

9. Around October 2023, I noticed that Capital One had begun reporting no data for the account and then started reporting the account as charged off from November 2023 to January 2024 to Experian, TransUnion, and Equifax.

10. This was perplexing because from June 2023 to September 2023, Capital One had reported the account as current and the terms as being met, without any late payments or adverse history on the account.

11. Without any late payments or adverse history on the account, Capital One began reporting the account as charged off, which did not make sense.

12. Because Capital One had not responded to my billing error resolution letters, I had no way of understanding why the account was being reported this way.

13. In early October 2023, I began sending dispute letters to Experian, Equifax, and TransUnion, disputing the inaccurate information that Capital One was furnishing, hoping that during their investigation, they would be able to get a response from Capital One.

14. Despite many disputes, Experian confirmed that the furnisher, Capital One, had verified the information as accurate and correct.

15. Feeling that my only other option to reconcile the issue was to file a complaint with the court, around December 2023, I sued Experian for FCRA violations stemming from the inaccurate reporting of the Capital One account as well as other information in my consumer file.

16. On or around January 10, 2024, Experian removed the case I filed against it from D.C. Superior Court to the U.S. District Court for the District of Columbia.

17. At this time, I was contacted by the attorney representing Experian, Joy C. Einstein, to discuss the case and settlement.

18. As part of our discussion, Joy informed me that if I provided her with the information I was disputing from Capital One and other financial institutions, she would be able to assist in a re-investigation of the items I disputed to correct them.

19. On April 3, 2024, Experian's counsel, Joy C. Einstein, provided me with the results of the investigation, attached to this affidavit as Exhibit B.2.

20. Joy informed me that the furnisher of the information, Capital One, had verified the account information.

21. The issue was that the results of the investigation failed to fix any errors, as Capital One had verified information it knew to be false to Experian.

22. On the report, it shows that I had made timely payments from June 2023 to October 2023, at which point Capital One reported the account as being charged off.

23. Because Capital One never responded to my letters disputing the errors on my report concerning the account, I had no way of knowing or understanding why they had taken this adverse action.

24. Capital One stated in their billing summary of rights that "we cannot try to collect the amount in question, or report you as delinquent on that amount."

25. Not only did I send a letter to them in August concerning the errors on my statement, but Capital One was also trying to collect the amount in question and reporting the account as delinquent without ever responding to my billing error resolution letters.

26. As of July 22, 2024, Capital One has neither responded to my letters nor ceased reporting my account as delinquent or trying to collect the amount in question.

27. Capital One stated in the Billing Rights summary what they would do while they investigated whether or not there has been an error, and not only did they not do those things, but they also never gave me a decision based on my letters, and yet still reported me as delinquent without ever reporting a late payment from me.

28. Capital One Continues to inaccurately report the status of the Account to Experian and Transunion as of July 22, 2024.

29. My dispute with Equifax resulted in them removing the account because it could not be verified as accurate.

30. I have suffered a huge financial burden as well as mental and physical anguish in attempting to resolve this issue due to the fact that Capital One never responded to my letter according to our agreement.

31. Because of their failure to respond and their continuous reporting of damaging information about me without ever responding to me directly as our contract stated, I have continued to experience a financial burden for me and my family.

**Supporting Documents:**

Attached hereto as Exhibits [Exhibit B.1, B.2,] are true and correct copies of adverse action correspondence with Experian, Letter from Capital One Bank and copy of my credit report received from Experian's counsel after they investigated my dispute that support the facts stated above.

Affirmation

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 25, 2024

Respectfully Submitted

/s/ Riyan Williams

Riyan Williams
3901 17th St. NE
Washington, DC 20018
Pro Se Plaintiff

District of Columbia
Signed and sworn to (or affirmed) before me on 07/25/2024 by Riyan Williams
Name(s) of Individual(s) making statement

Signature of Notarial Officer
Title of Office: Notary Public
My commission expires: 06/30/2028

[Notary seal: Jordan Rogers, Notary Public, District of Columbia, My Commission Expires 06-30-2028]

## CERTIFICATE OF SERVICE

I hereby certify that on _July 22, 2024_ I served a copy of the foregoing on all parties of record via email:

Elizabeth M. Briones, D.C. No. 888324983

Troutman Pepper Hamilton Sander LLP

401 9th Street NW, Suite 1000

Washington, DC 20004

Tel: 202-274-2937

Fax: 202-274-2994

Email: Elizabeth.briones@troutman.com

*Counsel for Defendant Capital One, N.A.*

Exhibit B.2- Credit report sent by Experian's Counsel Joy C. Einstein after their re-investigation of my dispute.

Exhibit B.1- Emails between Plaintiff, Riyan Williams and Experian's Counsel Joy C. Einstein



Riyan Williams <riyan.williams6@gmail.com

## Case Against Experian

Joy C. Einstein <JEinstein@shulmanrogers.com>
To: "riyan.williams6@gmail.com" <riyan.williams6@gmail.com>
Cc: Drew Ricci <DRicci@shulmanrogers.com>

Mon, Jan 15, 2024 at 10:03 AM

Mr. Williams,

I'm sure you saw, but Experian recently removed the case you filed against it from D.C. Superior Court to the U.S. District Court for the District of Columbia.

This seems like a case that should probably settle. Do you have a settlement demand you could send me? I would like to get the ball rolling on settlement talks.

We have to answer or otherwise respond to the complaint by Thursday. Would you be amenable to a 30-day extension of time for Experian to respond so that we can engage in settlement discussions?

Thank you,

**JOY EINSTEIN**
CHAIR, MANAGEMENT-SIDE UNION & LABOR RELATIONS

CO-CHAIR, EMPLOYMENT LITIGATION

jeinstein@shulmanrogers.com | T (301) 945-9250 | F (301) 230-2891

12505 PARK POTOMAC AVENUE, 6TH FLOOR, POTOMAC, MD 20854





*A Professional Association*

The information contained in this electronic message and any attached documents is privileged, confidential, and protected from disclosure. It may be an attorney-client communication and, as such, is privileged and confidential. If you are not the intended recipient, note that any review, disclosure, copying, distribution, or use of the contents of this electronic message or any attached documents is prohibited. If you have received this communication in error, please destroy it and notify us immediately by telephone (1-301-230-5200) or by electronic mail (LawFirm@ShulmanRogers.com). Thank you.

 Gmail

Riyan Williams <riyan.williams6@gmail.com

## ase against Experian

oy C. Einstein <JEinstein@shulmanrogers.com>  Wed, Mar 13, 2024 at 10:19 A
o: Riyan Williams <riyan.williams6@gmail.com>

Riyan,

Attached is a copy of your credit report. Can you tell me exactly what you are requesting be changed?

The Judge entered a Show Cause Order—the parties cannot mutually agree to change the dates on an order.

-Joy

[Quoted text hidden]

📎 **Williams, Riyan. CDI 03.08.24.pdf**
497K



Riyan Williams <riyan.williams6@gmail.com>

## Case against Experian

**Riyan Williams** <riyan.williams6@gmail.com>　　　　　　　　　　　　　　　　Thu, Mar 14, 2024 at 11:23 A
To: "Joy C. Einstein" <JEinstein@shulmanrogers.com>

Joy,

**Please see below:**

**Capital One:**

For an entire month, there was no data reported for this account after months of exceptional payment history. Suddenly, without any prior indication or warning, the account started reporting as been charged off. There is no history of late payments or any other negative factors associated with this account. This abrupt and unexplained action has significantly impacted my credit standing and raises serious questions about the accuracy and legitimacy of this charge-off. There was never any late payments on this account.

**Navy Federal Credit Union:**

This is one loan account being reported as three separate accounts. Moreover, these accounts are reporting different balances, opening and closing dates, and payment history. The existence of multiple accounts under the same account number not only distorts my credit utilization and payment history but also undermines the reliability of the information provided by your organization. This discrepancy has adversely affected my credit score and financial standing, jeopardizing my ability to secure loans, mortgages, or other financial products in the future. There was never any late payments on this account.

**Moneylion:**

There is no balance reporting on the account is that it was paid in full and on time. It's important to note that the account was never charged off. The misreporting of this account is not only inaccurate but also misleading, as it fails to reflect the timely and complete payment made on the account. There were never any late payments on this account

**Addresses: These addresses do not belong to me**

12110 DUNLEIGH CT Geo Code: 0-86010210- 9-9160

DUNKIRK MD 20754-2306

201 I SW ST APT501 Geo Code: 0-600110- 1-8840

WASHINGTON DC 20024-4224

**Inquiries: I did not make these inquiries**

FIRST TECH FCU

DISCOVER FINANCIAL SERVI

JPMCB CARD

[Quoted text hidden]

Riyan Williams <riyan.williams6@gmail.com>

# FW: Activity in Case 1:24-cv-00110-BAH WILLIAMS v. EXPERIAN CONSUMER SERVICES Meet and Confer Statement

**Joy C. Einstein** <JEinstein@shulmanrogers.com>  Wed, Apr 3, 2024 at 9:35 AM
To: Riyan <riyan.williams6@gmail.com>
Cc: Drew Ricci <DRicci@shulmanrogers.com>

Riyan,

Attached is a copy of the reinvestigation results. As you can see, your tradelines were updated. Please let me know if this impacts your willingness to settle this case.

Thank you,

Joy Einstein

[Quoted text hidden]

📎 **Williams, Riyan. CDF 03.28.24.pdf**
    210K